**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS, *et al.*,

*Plaintiffs*,

v.

JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services, *et al.*,

*Defendants*.

Case No. 1:26-cv-14817

**DECLARATION OF EREZ REUVENI**

I, Erez Reuveni, hereby declare:

1. I am over eighteen years of age and competent to make this declaration.
2. I am an attorney at Democracy Forward Foundation.
3. Attached hereto as exhibits are true and correct copies of the following:

| **Ex. #** | **Document** |
|---|---|
| 1 | Declaration of Maria Chavez (PANA) |
| 2 | Declaration of Diana Konaté (ACT) |
| 3 | Declaration of Smita Rao Dazzo (HIAS) |
| 4 | Declaration of Jeffrey D. Thielman (IINE) |
| 5 | Declaration of Rabbi James Greene (JFS-WMa) |
| 6 | Declaration of John Slocum (RCUSA) |
| 7 | Declaration of Lida A. |
| 8 | Declaration of Abdi B. |
| 9 | Declaration of Julio C. |
| 10 | Declaration of Firas D. |
| 11 | Declaration of Tracy Roy (ILCM) |
| 12 | Declaration of Sarah Krieger (NILC) |
| 13 | Declaration of Allegra Drobnick |
| 14 | Declaration of Ghita Schwarz (IRAP) |
| 15 | Declaration of Erez Reuveni (DFF) |

| | |
|---|---|
| 16 | Declaration of John Nathanson (A&OS) |
| 17 | James Chaparro, *ICE Policy No. 11039.1: Detention of Refugees Admitted Under INA § 207 Who Have Failed to Adjust to Lawful Permanent Resident Status* at 2 (May 10, 2010) ("2010 ICE Policy") |
| 18 | Marcos Charles, *Rescission ICE Policy No. 11039.1: Detention of Refugees Admitted Under INA § 207 Who Have Failed to Adjust to Lawful Permanent Resident Status (May 10, 2010*) (Dec. 18, 2025) ("Refugee Rescission Memo") |
| 19 | Joseph B. Edlow & Todd M. Lyons, *Detention of Refugees Who Have Failed to Adjust to Lawful Permanent Resident Status* (Feb. 18, 2026) ("Refugee Detention Memo") |
| 20 | USCIS, PM-602-0192, *Hold and Review of all Pending Asylum Applications and all USCIS Benefit Applications Filed by Aliens from High-Risk Countries* (Dec. 2, 2025), https://perma.cc/VG95-6Z2V |
| 21 | USCIS, PM-602-0194, *Hold and Review of USCIS Benefit Applications Filed by Aliens from Additional High-Risk Countries* (Jan. 1, 2026), https://perma.cc/FMR8-7M86 |
| 22 | USCIS, *DHS Launches Landmark USCIS Fraud Investigation in Minnesota* (Jan. 9, 2026), https://perma.cc/X2VN-DNDA (archived Feb. 25, 2026) |
| 23 | U.S. Dep't of State, U.S. Dep't of Homeland Sec., & U.S. Dep't of Health and Hum. Servs., *Report to the Congress: Proposed Refugee Admissions for Fiscal Year 2025* 28, https://perma.cc/YK4A-AFXN |
| 24 | Drishti Pillai & Samantha Artiga, *Green Card Processing Backlogs for Refugees and Asylees Could Have Implications for Health Coverage and Care* (Oct. 15, 2026), https://perma.cc/35R7-GUN6 |
| 25 | DHS, 2025 FOIA Annual Report (Mar. 2026), https://perma.cc/JN4T-FQT6 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed in Washington, DC on October 26, 2026.

*/s/ Erez Reuveni*
Erez Reuveni

**CERTIFICATE OF SERVICE**

I certify that, on October 26, 2026, I emailed the foregoing to:

August Flentje
Deputy Director
U.S. Department of Justice, Civil Division, Office of Immigration Litigation
august.flentje@usdoj.gov

Papu Sandhu
Acting Senior Counsel for District Court Litigation
U.S. Department of Justice, Civil Division, Office of Immigration Litigation
Papu.Sandhu@usdoj.gov

Rayford Farquhar
Chief, Defensive Litigation, Civil Division
U.S. Attorney's Office for the District of Massachusetts
rayford.farquhar@usdoj.gov

I also caused the foregoing to be served on the U.S. Attorney's Office for the District of Massachusetts by courier and certified priority mail and to be served on Defendants and the Attorney General by certified priority mail.

*/s/ Erez Reuveni*
Erez Reuveni