# EXHIBIT 7

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS, *et al.*,

*Plaintiffs*,

v.

JOSEPH B. EDLOW, in his official capacity as Director of United States Citizenship and Immigration Services, *et al.*,

*Defendants*.

Case No.

**DECLARATION OF LIDA A.**

I, Lida A., upon my personal knowledge and pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. My name is Lida A. and I am 27 years old.

2. I was born and raised in Afghanistan. I had been working with a US-funded organization in Afghanistan when the Taliban took over, so I had to escape to protect myself.

3. The U.S. government helped me evacuate because of the danger I was in, and I was taken to a military base in Qatar to finish my refugee process.

4. I was admitted into the United States as a refugee in January 2024. I had never traveled alone before, so it was a very big transition for me. I felt like a baby, learning to stand on my own two feet, and the resettlement agency that received me was integral to helping me stand on my own. I was received by two volunteers, stayed in a hotel before I was placed with a host family for a few months before living with two other women in an apartment. Now I live on my own.

5. Though my life has been very difficult of course, starting from scratch without my family in a new place, I've also had opportunities here that had been taken from me in my

country, like being able to work. I love my work and being able to help my students through difficult times.

6. I applied for my green card in March 2024 and submitted my medical exam in November 2024. I have heard nothing about my case since the government is not processing green card applications from refugees.

7. I really want to become a permanent resident so I can feel stable. I really want to continue my education. For example, I applied to university and was accepted, but I could not attend even with a merit scholarship I received, because I do not qualify for many other types of funding which are limited to residents or citizens. I would like to become a U.S. citizen some day and be able to feel more established in my life here and pursue my goals like continuing my education.

8. I also want to be able to travel and visit my brother, who is the only family I have near. I want to be able to be with my family and be supported, but my lawyer explained to me that there was no way I could travel without my green card and it is not possible for him to visit me because of the travel ban on Afghan nationals.

9. I am very scared of losing my refugee status and receiving a notice of intent to terminate without enough time to respond and explain my case. I feel like each day my existence here is under threat knowing that if I am returned to Afghanistan my life is in danger.

10. The new policies against refugees are very stressful. When ICE was detaining refugees, I was so stressed I was having panic attacks. I came here to be relieved, to have peace of mind after experiencing persecution in my home country.

11. I think it is very wrong how the government is treating refugees right now. Even if someone from Afghanistan or a refugee has done something wrong, I don't think that it is fair for one individual's wrongful actions to represent an entire nation or all refugees.

12. I am also worried about retaliation from the U.S. government if my name was made public, especially because I am not a resident and my green card application is still pending. I am asking the court to let me use a pseudonym because I worry about the impact of speaking up under my real name, both from government retaliation as well as retaliation from members of the public who are not sympathetic to refugees. I am worried that being public could hurt my ability to become a citizen in the future because I've been critical of the current administration.

13. I have been discriminated against for being Muslim, and have been treated unfairly in vulnerable situations but I haven't been able to raise my voice in those moments in fear of being in danger of being attacked even more. Being anonymous would reduce some stress and make me feel less exposed to discrimination from the public, and less scared of being in danger for raising my voice. I am scared that someone who doesn't agree with

me could try to hurt me if I was proceeding under my real name, as they could easily identify me.

14. I understand that, in participating in this lawsuit, I am acting as a representative of other refugees. I am choosing to be a plaintiff in this lawsuit because I know refugees in the United States are just trying to cope after everything we've been through. It is not fair how we are being treated and how the government is just creating new worries for us after everything we've been through to survive.

15. I understand that this case may be brought as a class action, and that I may play the role of class representative. I understand that means that this case may have an effect not just on me but also on many refugees like me. I understand that if a class is certified, I will be representing more than just myself in this case. I will be representing the interests of other refugees targeted by these policies. I understand what being a class representative means. I am prepared to serve that role so that I can help stop these policies from affecting others.

16. I am prepared to fairly and adequately represent the interests of the class, and I am committed to pursuing the claims in this lawsuit with persistence and determination. As part of my duties as a named plaintiff, I have already undertaken many of the responsibilities of a class representative. I am familiar with the factual and legal basis of this case, including that it challenges the government's policies of re-vetting lawfully admitted refugees, freezing the adjustment of status applications of lawfully admitted refugees, and shortening the amount of time refugees have to respond to notices of intent to terminate their refugee status.

17. I reviewed the Complaint prior to its filing on my behalf and confirm the accuracy of the facts as they relate to me and understand the legal claims being asserted.

18. I will continue to participate actively in this lawsuit including by communicating regularly with my attorneys, making myself available for testimony or deposition if needed, and assisting with any other matters that may arise during the course of the litigation. I will work with the attorneys representing the class to ensure that they act in the best interests of all proposed class members. I intend to remain involved with this case for its duration and to represent the proposed class to the best of my ability, including by prioritizing the interests of the class as a whole.

19. I understand the importance of this case, not only to me, but to over 100,000 other unadjusted refugees I would represent if appointed as class representative. I am willing and able to fulfill all my duties as a class representative in this case.

20. I am fluent in English, and have reviewed this declaration. I have understood and verified its contents.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in Boston, Massachusetts on October 23, 2026.

lida

Lida A.