# EXHIBIT 8

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH B. EDLOW, in his official capacity as Director of United States Citizenship and Immigration Services, *et al.*,<br><br>*Defendants*. | Case No. |

**DECLARATION OF ABDI B.**

I, Abdi B., upon my personal knowledge and pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. My name is Abdi B. and I am 39 years old.

2. I was born in Ethiopia.

3. I was admitted to the United States with my wife and young child in December 2024 through the U.S. Refugee Admissions Program (USRAP). We arrived in Minnesota where we were welcomed by our friends and members of our community who sponsored us through the Welcome Corps program. My second child was born in the United States and is a U.S. citizen.

4. Before coming to the United States, we were refugees in Egypt since 2015. My family and I fled Ethiopia because I was being persecuted by the government, who arrested me and hurt me physically and psychologically.

5. We went through a long screening process, including being interviewed by the UN and U.S. government, as well as medical checks.

6. When we arrived, my friend and sponsor, with support from a resettlement agency, helped us get settled, apply for refugee benefits, and oriented us to the new culture. I felt so free being here.

7. In January 2026, I received a notice saying I had an appointment. I was hearing that refugees were being detained in Minnesota, so I was very scared. Still, I didn't want to break any rules, and I attended my interview with a lawyer and someone from the resettlement agency. After waiting for several hours, I was detained without any explanation. I didn't understand because I knew I had not broken any laws.

8. It was terrifying to be detained. I didn't know where I was being taken or what would happen to my family, especially my young children.

9. Very quickly after being detained, I was sent to Texas. The conditions in detention were awful. My hands and legs were in shackles like a criminal and I couldn't ask any questions about why they were doing this to me. I didn't get food and had to drink toilet water. I couldn't sleep well because I had to sleep on a very cold floor. My wife and children were also very impacted by my detention. My wife and I still talk about the uncertainty and stress that this caused her and my kids.

10. After being detained for two weeks, I was able to go back home thanks to my lawyers who filed a lawsuit for my release. Even after the judge ordered my release, it took several days for me to be sent back to Minnesota. The guards woke me up in the middle of the night at 2 am, shackled me, and put me on a plane with no explanation. I was terrified.

11. After being released, I applied for my green card. I filed the forms with my lawyer and gave fingerprints in May 2026. The immigration office sent me a notice of receipt sometime after that. I have not heard anything else about my case.

12. I want to be a resident to feel safe. Getting the green card will make my family happier and more settled in our community. I care about doing things right and following the law, and becoming a resident would make me feel like I am being responsible. It is a struggle to reside in a country where I don't have a residency. It makes me and my family feel insecure and unsettled. My children would especially benefit from being residents, as this would give them access to more resources and opportunities, for example healthcare and education.

13. Our life in Minnesota feels even more in danger now with the government's new policy to terminate the status of refugees within 10 days of notifying them. I am very scared that could happen to me, even though I haven't broken any laws, especially after my experience during Operation PARRIS. I am scared that I would be sent back to a country

where I was violently persecuted by the government and that my family and I would be in a lot of danger in Ethiopia.

14. We lost our food stamps from the government a few months ago, which has made our financial situation much more difficult. My family and I rely on public health insurance for our medical care. I worry, especially for my children, about the impact of losing our medical benefits in the future.

15. I am worried that my participation in this lawsuit could be used against me by government officials, especially as my green card application is still pending. I need to protect myself and my young children. That is why I ask that my name be hidden from public view and that any government officers who could have influence on my case be prohibited from having access to the names and identifying information of me or anyone else in my family. Especially after I was detained earlier this year, I am afraid of the government being able to find me and retaliate by detaining me or deporting me and my family.

16. I understand that this case may be brought as a class action, and that I may play the role of class representative. I understand that means that this case may have an effect not just on me but also on many refugees like me. I understand that if a class is certified, I will be representing more than just myself in this case. I will be representing the interests of other refugees targeted by these policies. I understand what being a class representative means. I am prepared to serve that role so that I can help stop these policies from affecting others.

17. I am prepared to fairly and adequately represent the interests of the class, and I am committed to pursuing the claims in this lawsuit with persistence and determination. As part of my duties as a named plaintiff, I have already undertaken many of the responsibilities of a class representative. I am familiar with the factual and legal basis of this case, including that it challenges the government’s policies of re-vetting lawfully admitted refugees, freezing the adjustment of status applications of lawfully admitted refugees, and shortening the amount of time refugees have to respond to notices of intent to terminate their refugee status.

18. I reviewed the Complaint prior to its filing on my behalf and confirm the accuracy of the facts as they relate to me and understand the legal claims being asserted.

19. I will continue to participate actively in this lawsuit including by communicating regularly with my attorneys, making myself available for testimony or deposition if needed, and assisting with any other matters that may arise during the course of the litigation. I will work with the attorneys representing the class to ensure that they act in the best interests of all proposed class members. I intend to remain involved with this

case for its duration and to represent the proposed class to the best of my ability, including by prioritizing the interests of the class as a whole.

20. I understand the importance of this case, not only to me, but to over 100,000 other unadjusted refugees I would represent if appointed as class representative. I am willing and able to fulfill all my duties as a class representative in this case.

21. I have reviewed this declaration in Oromo, a language in which I am fluent. I have understood and verified its contents.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in Saint Paul, Minnesota on October 24, 2026.

Abdi

__________________________

Abdi B.