# EXHIBIT 9

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH B. EDLOW, in his official capacity as Director of United States Citizenship and Immigration Services, *et al.*,<br><br>*Defendants*. | Case No. |

**DECLARATION OF JULIO C.**

I, Julio C., upon my personal knowledge and pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. My name is Julio and I am 26 years old. I was born in Colombia. I am a refugee living in the United States.

2. I was living in an LGBTQ+ shelter in Guatemala when I heard about the process to come to the United States as a refugee. I was very relieved by this after all the discrimination I experienced because of my sexual orientation and HIV status.

3. As part of the resettlement process, my partner at the time and I were interviewed many times, and shared our life story and evidence about our cases. In July 2024 my case was approved, and I went through a cultural orientation and medical checks. I was admitted to the United States in January 2025.

4. I received assistance from a resettlement organization when I came to the United States. Because I am living with HIV, the organization helped me get medication and receive Medicaid, so I am able to get my medication regularly. This has been very important for me, and this medication helps me feel better. The idea of losing my insurance is very scary for me and I don't know what I would do if that happens. I was also receiving food

stamp benefits when I first arrived, which were cut off earlier this year. I now work 12-hour days because I need to do that to support my basic needs.

5. I want to become a resident so I can have more security. I applied for my green card in early May 2026. In June, I attended my biometrics appointment and there has been no movement on my case since. I am trying to set down roots here and want to be able to stay. I never expected to come here, but I did because I wanted to feel safe, which I never had growing up as a gay man with HIV in Colombia. Here, I know I can access opportunities and be free of discrimination in my community, or even just apply to jobs safely without scrutiny over my medical condition.

6. I have heard a lot about ICE being around and even detaining refugees like me. Even though I have my papers I am very scared. The other day I was at work and my colleague warned me not to come outside because ICE was outside. I was very scared. I immediately called my roommate to warn him on what to do if I didn't come home and how to reach my lawyers if something happened to me. I worry every day about the government just putting me on a plane without any chance for me to explain what would happen if I go back to Colombia. That possibility feels even more real knowing about the government's new policy to terminate refugee status as quickly as possible with little notice.

7. I am scared about all these policies against refugees in the United States. I came here to start a new life in safety and have nowhere else to go back to. I am worried that if the government knew I was speaking up against these policies it would impact my ability to get my green card and stay in the country. I am very afraid of being deported to Colombia, and I am afraid that if the government knew I was speaking up they could do to me as well as detain me.

8. I understand that this case may be brought as a class action, and that I may play the role of class representative. I understand that means that this case may have an effect not just on me but also on many refugees like me. I understand that if a class is certified, I will be representing more than just myself in this case. I will be representing the interests of other refugees targeted by these policies. I understand what being a class representative means. I am prepared to serve that role so that I can help stop these policies from affecting others.

9. I am prepared to fairly and adequately represent the interests of the class, and I am committed to pursuing the claims in this lawsuit with persistence and determination. As part of my duties as a named plaintiff, I have already undertaken many of the responsibilities of a class representative. I am familiar with the factual and legal basis of this case, including that it challenges the government's policies of re-vetting lawfully admitted refugees, freezing the adjustment of status applications of lawfully admitted

refugees, and shortening the amount of time refugees have to respond to notices of intent to terminate their refugee status.

10. I reviewed the Complaint prior to its filing on my behalf and confirm the accuracy of the facts as they relate to me and understand the legal claims being asserted.

11. I will continue to participate actively in this lawsuit including by communicating regularly with my attorneys, making myself available for testimony or deposition if needed, and assisting with any other matters that may arise during the course of the litigation. I will work with the attorneys representing the class to ensure that they act in the best interests of all proposed class members. I intend to remain involved with this case for its duration and to represent the proposed class to the best of my ability, including by prioritizing the interests of the class as a whole.

12. I understand the importance of this case, not only to me, but to over 100,000 other unadjusted refugees I would represent if appointed as class representative. I am willing and able to fulfill all my duties as a class representative in this case.

13. I have reviewed this declaration in Spanish, a language in which I am fluent. I have understood and verified its contents.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in Texas on October 24, 2026.

Julio

Julio C.