# EXHIBIT 10

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH B. EDLOW, in his official capacity as Director of United States Citizenship and Immigration Services, *et al.*,<br><br>*Defendants*. | Case No. |

**DECLARATION OF FIRAS D.**

I, Firas D., upon my personal knowledge and pursuant to 28 U.S.C. §1746, hereby declare as follows:

1. My name is Firas D.

2. I was born on December 24, 2002 in Iraq. I am twenty-three years old.

3. I was admitted to the United States as a refugee on January 8, 2025. I arrived and settled in Texas with the assistance of Catholic Charities.

4. Before coming to the United States, I lived my entire life in Iraq. I am a gay man, and so life in Iraq was very difficult for me. I suffered a lot from my family because of my sexual orientation. After my father passed away in 2014, my older brother started to become aggressive toward me and beat me regularly. In November 2023, I was arrested in Iraq for being gay. This incident pushed me to ask for help.

5. I contacted the U.S. Consulate in Erbil to ask for help. Within a week, the consulate contacted me and spoke with me about my situation. The officer I spoke with suggested that I apply for refugee resettlement to the United States. He referred me to the

International Refugee Assistance Project (IRAP), who helped me submit my application to the U.S. Refugee Admissions Program (USRAP).

6. The entire application process took about a year. I contacted the consulate in December 2023, and IRAP referred me to the USRAP a few months later. I was interviewed by USCIS in November or December of 2024, and received my approval for resettlement in December 2024. I was able to travel to the United States in January 2025 and was admitted into the United States as a refugee.

7. When I arrived in Texas, Catholic Charities helped me get settled and orient myself to living in the United States. Within a couple of months, I was able to find employment and fully support myself.

8. I currently live in Texas. I have an apartment, I have a full time job, and I have made some wonderful friends. I have a boyfriend. I am very happy to be in the United States and live in a place where I can be myself.

9. After living in the United States for one year, I applied for lawful permanent resident status. I submitted my application in January 2026. I received a receipt notice from USCIS and attended a biometrics appointment, however, I have not been called for an interview and I have not received a decision.

10. I currently have a valid work permit, but if my work permit expires before I get my green card I worry about my ability to support myself. Every job I applied for asked to see my work permit, so without that, I am afraid that I will not be able to find a job.

11. In June 2026, I drove with my boyfriend to Brownsville, Texas. We were stopped at an immigration checkpoint. The officers pulled me aside because I did not have a green card. I wasn't carrying my work permit, but I explained to them that I have a valid work permit and am a refugee. They were able to look me up and see that I have status, so they let me go. They warned me that until I got my green card I needed to carry my work permit everywhere. I am afraid that if my work permit expires before I get my green card, I may be arrested and detained by immigration officials.

12. I also would like to attend flight school and become a pilot. Unfortunately, I am not able to enroll in flight school until I get my green card. For now, I am going through ground school, which is online courses which teaches the non-practical parts of pilot training, such as history, and how airplanes work and other things. If my green card is delayed, or if I do not get it at all, I won't be able to continue my education.

13. I am nervous about not having my green card, because I have seen some of the things that have happened to refugees who do not have their green card yet. I saw on the news how refugees in Minnesota were arrested because they do not have green cards. I also heard

that the U.S. government is reviewing refugee cases and may try to take refugee status away from people.

14. I have also seen that the U.S. government just published an interim final rule that requires refugees to respond to a Notice of Intent To Terminate (NOIT) refugee status within 10 days instead of 30 days.

15. These policies frighten me. I am afraid that the U.S. government may never grant me a green card or may try to take away my refugee status. I am afraid that if the government tries to terminate my refugee status, I won't have enough time to respond properly. Ten days is not much time at all to understand a termination notice, gather all the evidence I need, and put together a response. I work full time, so it would be very hard to do this quickly.

16. I have worked hard to build a life for myself in the U.S. and if I am forced to go back to Iraq, I am scared of what may happen. I am an openly gay man, living in Iraq for me, is very scary. I already suffered in Iraq, and if I go back I fear I may be arrested again, beaten, tortured, or even killed because of my sexual orientation.

17. I am also afraid that if my name is made public as part of this litigation, I may be targeted for arrest and detention, refugee re-vetting, or have my green card denied.

18. I came to the United States to find safety and security. I desperately want to be able to remain here and continue to build a life for myself.

19. I understand that I am entering this case to represent refugees like me, and that if a class is certified, I would be representing not just my own interests, but also the interests of other refugees who do not yet have green cards. I understand my obligations as a class representative, and I want to help others who are living in fear the way I am.

20. I am prepared to fairly and adequately represent the interests of the class, and I am committed to pursuing the claims in this lawsuit with persistence and determination. As part of my duties as a named plaintiff, I have already undertaken many of the responsibilities of a class representative. I am familiar with the factual and legal basis of this case, including that it challenges the government's policies of re-vetting lawfully admitted refugees, freezing the adjustment of status applications of lawfully admitted refugees, and shortening the amount of time refugees have to respond to notices of intent to terminate their refugee status.

21. I reviewed the Complaint prior to its filing on my behalf and confirm the accuracy of the facts as they relate to me and understand the legal claims being asserted.

22. I will continue to participate actively in this lawsuit including by communicating regularly with my attorneys, making myself available for testimony or deposition if

needed, and assisting with any other matters that may arise during the course of the litigation. I will work with the attorneys representing the class to ensure that they act in the best interests of all proposed class members. I intend to remain involved with this case for its duration and to represent the proposed class to the best of my ability, including by prioritizing the interests of the class as a whole.

23. I understand the importance of this case, not only to me, but to over 100,000 other unadjusted refugees I would represent if appointed as class representative. I am willing and able to fulfill all my duties as a class representative in this case.

24. I have served as a class representative once before.

25. I am fluent in English and have reviewed this declaration. I have understood and verified its contents.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in Texas on: October 24, 2026

firas D.

Firas D.