# EXHIBIT 15

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH B. EDLOW, in his official capacity as Director of United States Citizenship and Immigration Service, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-14817 |

**DECLARATION OF EREZ REUVENI IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

1. I am a Senior Counsel at Democracy Forward Foundation ("DFF") and co-counsel of record for Plaintiffs and the Proposed Class in this matter. I make this declaration based on my personal knowledge.

2. DFF is a nonprofit national legal organization that advances democracy and social progress through litigation, policy and public education, and regulatory engagement. DFF represents clients, including nonprofits, local governments, tribes, small businesses, unions, and individuals, in challenging harmful and unlawful governmental action and in supporting governmental action. As part of this work, DFF has successfully litigated dozens of administrative law cases generally and cases involving immigration matters specifically.

3. DFF is co-counsel for Plaintiffs in this action with International Refugee Assistance Project and A&O Shearman. The team working on this case at DFF also includes Robin Thurston, Steven Bressler, Jennie Kneedler, and Cynthia Liao.

4. I joined Democracy Forward in November 2025. I earned my J.D. from the Boston University of School of Law *summa cum laude* in 2006 and my B.A. from Brandeis University *magna cum laude* in 2002. I clerked for the Honorable Jon O. Newman of the U.S. Court of

Appeals for the Second Circuit and Mark L. Wolf of the District of Massachusetts. I am a member of the bars of California, the District of Columbia, the U.S. District Court for the District of Massachusetts, and the U.S. District Court for the District of Columbia, and an inactive member in Massachusetts.

5. From September 2010 until April 2025, I served in various roles in the U.S. Department of Justice Civil Division, primarily within the Office of Immigration Litigation (OIL), which represents federal agencies in cases raising constitutional, statutory, and regulatory challenges to immigration matters, including, including as Senior Counsel to the Assistant Attorney General for the Civil Division, Acting Deputy Director of OIL, and as Assistant Director within OIL.

6. I have substantial experience in litigating matters of administrative law and challenges to unlawful government conduct. For example, I represent plaintiffs in *Amica Center for Immigrant Rights et al. v. Executive Office for Immigration Review et al.*, No. 26-cv-00696 (D.D.C.), in which the court granted summary judgment for plaintiffs, vacating significant portions of a Department of Justice regulation that eliminated access to appellate review before the Board of Immigration Appeals in most cases. I also represent plaintiffs challenging the Department of State's categorical nationality-based ban on legal immigration for nationals of 75 countries, which the Court declared unlawful and set aside under the Administrative Procedure Act. *See CLINIC v. Rubio*, No. 26-cv-00858 (S.D.N.Y.). And I represent Plaintiffs in *Jean A. v. Noem*, No. 3:26-cv-30031 (D. Mass. Mar. 23, 2026), a challenge to a U.S. Citizenship and Information Services and Immigration and Customs Enforcement's joint policy of detaining refugees who have not yet adjusted their status to that of a lawful permanent resident, in which the Court issued a stay of that policy under 5 U.S.C. § 705.

7. In my previous work, I led the Civil Division's defense of numerous high-profile programmatic challenges to immigration policies with nationwide impacts, including various complex administrative law cases. *See, e.g.*, *East Bay Sanctuary Covenant v. Biden*, 23-16032 (9th Cir.) (defense of APA challenge to DOJ and DHS's "Circumvention of Lawful Pathways" rule);

*Texas v. DHS*, 24-cv-306 (E.D. Tex.) (defense of APA challenge to DHS's "Keeping Families Together" initiative); *Las Americas Immigrant Advocacy Center v. DHS*, No. 24-cv-1702 (D.D.C.) (defense of APA challenge to DHS's "Securing the Border" rule); *Texas v. DHS*, No. 23-cv-00007 (S.D. Tex.) (defense of APA challenge to DHS's "CHNV" parole policy); *Arizona v. Garland*, No. 22-cv-1130 (W.D. La.) (defense of APA challenge to DHS and DOJ "Asylum Officer Rule" governing asylum and parole applications).

8. In addition, I have successfully litigated and settled class actions, including *Jennings v. Rodriguez*, 138 S. Ct. 830 (2018) (class action challenge to constitutionality of immigration detention); *N.S. v. Dixon*, 141 F.4th 279 (D.C. Cir. 2025) (class action challenge to U.S. Marshall's cooperation with immigration detainers); *Gonzalez v. ICE*, 975 F.3d 788 (9th Cir. 2020) (class action challenge and settlement involving Immigration and Customs Enforcement's use of detainers); *Padilla v. ICE*, 953 F.3d 1134 (9th Cir. 2020) (class action challenge to constitutionality of immigration detention); *O.A. v. Trump*, 404 F. Supp. 3d 109 (D.D.C. 2019) (class action challenge to asylum regulations); *Rivera v. Holder*, No. 14-cv-01597 (W.D. Wash.) (class action settlement of challenge to DOJ bond procedures); *De Abadia-Peixoto v. DHS*, No. 11-cv-04001 (N.D. Cal.) (class action settlement of challenge to ICE detention practices). And most recently I am counsel to the putative class in *Jean A. v. Noem*, No. 3:26-cv-30031 (D. Mass. Mar. 23, 2026).

9. Robin Thurston is a Legal Director at DFF. She has substantial experience litigating and overseeing high-profile constitutional and administrative law challenges to federal statutes, executive orders, and other government programs and agency actions across a wide range of federal laws. Prior to joining DFF, she served as a Trial Attorney in the Federal Programs Branch of the Civil Division of the Department of Justice, defending high profile challenges to government policies and programs, and earlier in her career enforced consumer protection laws at the Federal Trade Commission. Ms. Thurston clerked for the Honorable Paul L. Friedman of the United States District Court for the District of Columbia and holds a J.D., magna cum laude, from Georgetown University Law Center and a B.A. in History with High Honors from Stanford University.

10. Steven Bressler is a Senior Legal Advisor at DFF where has worked since April 2025. He earned his J.D. from the University of Michigan Law School with honors in 2001. From January 2017 until April 2025, Mr. Bressler served in the Legal Division of the Consumer Financial Protection Bureau (CFPB), first as Assistant General Counsel until 2021, then as Acting Deputy General Counsel 2021-2022, and then as Deputy General Counsel 2022-2025. In those roles, he helped lead and then led all of the agency's appellate, defensive, and amicus litigation. Prior to that, from 2002 until 2017, he served in various roles at the U.S. Department of Justice, primarily as Trial Attorney then Senior Trial Counsel in the Civil Division, Federal Programs Branch, which represents federal agencies in cases raising constitutional, statutory, and regulatory issues. From 2001 to 2002, he was a judicial law clerk at the Eastern District of Pennsylvania.

11. Mr. Bressler has substantial experience in litigating matters of administrative law and challenges to unlawful government conduct. For example, he successfully represented plaintiffs and putative class representatives challenging the Department of Labor's failure to obligate Senior Community Service Employment Program grants to national nonprofit organizations as required by law. *See Jones, et al. v. Dep't of Labor, et al.*, No. 25-cv-12653, Dkt. 35 (D. Mass. Nov. 25, 2025) (notice of dismissal without prejudice following obligation of funds). He currently represents plaintiffs and putative class representatives challenging imposition of a $100,000 fee on H-1B visas. *See Global Nurse Force, et al. v. Trump, et al.*, No. 4:25-cv-08454-HSG (N.D. Cal.). And he also currently represents plaintiffs and putative class representatives challenging mass warrantless immigration arrests. *See Aceituno, et al. v. Dep't of Homeland Security, et al.*, No. 3:26-cv-00146 (W.D.N.C.).

12. In his previous work, he led the CFPB's successful defense of its organic funding statute in various federal district and appellate courts and, with the Office of the Solicitor General, before the Supreme Court in *CFPB, et al. v. Community Financial Services Ass'n, et al.*, 601 U.S. 416 (2024). he also led the CFPB's litigation in various complex administrative law cases, including *Paypal, Inc. v. CFPB*, 58 F.4th 1273 (D.C. Cir. 2023) (defense of Bureau's Prepaid Rule) and *Community Financial Services Ass'n v. CFPB*, 51 F.4th 616 (5th Cir. 2022), *vacated in part*,

601 U.S. 416 (2024), *and reinstated in part on remand*, 104 F.4th 930 (5th Cir. 2024) (defense of APA challenge to Bureau's Payday Lending Rule). In addition, Mr. Bressler has successfully litigated and settled class actions, including *Jones, et al. v. Chopra*, Civ. No. 18-2132 (D.D.C. Jan. 18, 2024) (settlement of employment class action); *Jimmo, et al. v. Sebelius*, No. 5:11-cv-17 (D. Vt. Jan. 25, 2013) (settlement of class action concerning Medicare benefit determinations and criteria); and *Bell, et al. v. Leavitt*, No. 1:06-CV-03520, 2007 WL 551553 (N.D. Ill. Feb. 16, 2007) (opinion denying reconsideration following partial dismissal in Medicaid class action), & Dkt. No. 116 (N.D. Ill. May 7, 2007) (agreed order of dismissal).

13. Jennie L. Kneedler is Senior Counsel at DFF, where she has worked since September 2025. She is a former immigration judge in the U.S. Department of Justice's Executive Office for Immigration Review and has extensive experience in federal district court litigation and immigration law, including as a managing attorney in the Detained Adult Program at the Capital Area Immigrants' Rights Coalition (now Amica Center for Immigrant Rights), director of policy and pro bono for the American Bar Association's Commission on Immigration, trial attorney and senior trial counsel with the Federal Programs Branch in the Civil Division at the U.S. Department of Justice. Ms. Kneedler also previously worked in private practice at Steptoe & Johnson LLP. She graduated from Bowdoin College and Yale Law School and clerked for Judge Keith P. Ellison of the U.S. District Court for the Southern District of Texas.

14. Cynthia Liao is Senior Counsel at DFF, where she has worked since April 2025. Ms. Liao currently serves as provisional class counsel in *Angelica S. v. HHS*, 1:25-cv-01405-DLF (D.D.C.), and represents plaintiffs in a putative class action in *Global Nurse Force v. Trump*, No. 4:25-cv-08454-HSG (N.D. Cal.), both involving administrative law challenges to immigration policies. Before joining DFF, she was a Trial Attorney at the U.S. Department of Justice, Civil Division, Federal Programs Branch, where she litigated challenges to federal regulations and enforcement actions in district courts across the country, including cases involving immigration policy. Before that, she worked at the U.S. Department of Labor, she advised agencies on compliance with the Administrative Procedure Act and related requirements in numerous

rulemakings. Ms. Liao graduated from Stanford University and Yale Law School. She clerked for Judge David O. Carter of the U.S. District Court for the Central District of California and Judge Michael D. Hawkins of the U.S. Court of Appeals for the Ninth Circuit.

15. Ms. Thurston, Mr. Bressler, Ms. Kneedler, Ms. Liao, and I have committed substantial time and resources to representing the proposed class in this case. We have been heavily involved in the investigation and preparation of this matter for several months.

16. Additionally, DFF, along with co-counsel, has sufficient resources to vigorously prosecute the case. Neither DFF nor I nor other DFF staff have received or will receive reimbursement from the Plaintiffs or putative class members in this case.

17. I am aware of no conflicts of interest between myself, DFF, and any members of the class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 26, 2026, in Washington, DC.

*/s/ Erez Reuveni*
Erez Reuveni