# EXHIBIT 16

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS; *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-14817 |

**DECLARATION OF JOHN NATHANSON IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**

I, John Nathanson, hereby declare:

1. I am an attorney at law licensed to practice in the State of New York and am counsel for Plaintiffs in the above-captioned case. I make this declaration in support of Plaintiffs' Motion for Class Certification and Appointment of Class Counsel. I have personal knowledge of the facts set forth herein, and if called upon to testify as a witness thereto, I could and would competently do so under oath.

2. Allen Overy Shearman Sterling US LLP ("A&O Shearman") is a global law firm formed in May 2024 through the merger of UK-based Allen & Overy and US-based Shearman & Sterling. The combined firm has nearly 4,000 attorneys, practicing in 48 offices across the United States and the world. The firm provided almost 120,000 hours of pro bono work in our 2025 fiscal year.

3. A&O Shearman is co-counsel for Plaintiffs in this action with the International Refugee Assistance Project ("IRAP") and Democracy Forward Foundation ("DFF"). The team working on this case at A&O Shearman also includes partners Andrew Tannenbaum, Emily Westridge Black, and Leila Siddiky.

John Nathanson

4. I joined A&O Shearman in 2009 and currently serve as the Global Co-Head of Investigations & White-Collar. My practice focuses on internal and government-facing investigations, including inquiries by the United States Department of Justice, the Securities and Exchange Commission, the Commodity Futures Trading Commission, and regulators. I maintain an active criminal and civil trial practice, primarily in matters involving financial misconduct. I am Chambers-ranked for White-Collar Crime & Government Investigations, was recognized for my work in "Corporate Investigations & White-Collar Criminal Defense" by The Legal 500 United States in 2021 and 2023, and was named a Litigation Star and National Practice Area Star by Benchmark Litigation in 2022 and 2026.

5. I am a member in good standing of the Bar of the State of New York. I am admitted to practice before several federal courts, including the United States Supreme Court, and have been granted *pro hac vice* admission to appear before this Court. I graduated from the University of Pennsylvania Law School in 1993, after which I joined a global law firm as an associate focused primarily on complex securities litigation and investigation matters. I then served as an Assistant District Attorney ("ADA") in the Frauds Bureau of the Manhattan District Attorney's Office from 2001 to 2004, and as an Assistant United States Attorney in the Eastern District of New York from 2004 to 2009, where I was assigned to the Business and Securities Fraud Unit and served as Deputy

Chief of the General Crimes Unit. While a prosecutor, I principally investigated and prosecuted complex securities and other business fraud cases.

6. I also have a robust pro bono practice and have served as class counsel in disputes involving the deprivation of individual civil rights. I currently represent a class of inmates in litigation with Suffolk County, New York, alleging inhumane conditions in Suffolk County jails. I also represented a class of impacted individuals in litigation over New York City's "stop and frisk" policing methods.

Andrew Tannenbaum

7. Mr. Tannenbaum joined A&O Shearman in 2025, where he is currently the Global Co-Head of Cybersecurity. His practice includes advising global enterprises on complex cybersecurity and data incidents, as well as end-to-end governance and compliance for AI, privacy, and cyber programs. He is Chambers-ranked for Privacy & Data Security: Cybersecurity, has been recognized by the National Law Journal as a Cybersecurity & Data Privacy Trailblazer, and received the Attorney General's Distinguished Service Award in 2010.

8. Mr. Tannenbaum is an attorney at law licensed to practice in the State of New York. He is a member in good standing of the Bar of the State of New York and has been granted *pro hac vice* admission to appear before this Court.

9. Mr. Tannenbaum graduated from Columbia Law School in 2000, after which he joined a global law firm as an associate focused on complex litigation and investigations and clerked for Judge Wilfred Feinberg of the U.S. Court of Appeals for the Second Circuit. In 2002, he joined the U.S. Department of Justice, Civil Division, where he served as a trial attorney in the Federal Programs Branch, handling district court litigation on behalf of the United States until 2007. From 2007 to 2012, he served in various other government roles, including in the National Security

Division of the Department of Justice, the White House Office of Management and Budget, and as Deputy General Counsel of the National Security Agency.

10. After a decade in government service, Mr. Tannenbaum served in in-house legal roles from 2012 to 2025, including as Chief Cybersecurity Counsel at IBM and General Counsel for Barclays Execution Services, the global services company of the Barclays Group. In the latter role, he led Barclays' legal teams worldwide across all areas of technology and operations, including cyber, data privacy, AI, emerging technologies, intellectual property, operational resilience, and crisis management.

Emily Westridge Black

11. Ms. Black is a member in good standing of the Bar of the State of Texas, is admitted to practice before several federal courts, and has been granted *pro hac vice* admission to appear before this Court. Ms. Black graduated from the University of Texas School of Law in 2007 and, for nearly 20 years, she has worked with boards and executives to successfully navigate their most sensitive concerns, including products liability, fraud and anticorruption, securities, ESG, environmental, mass tort, and cybersecurity matters. Ms. Black is currently a member of A&O Shearman's Board, serves as Co-Head of the firm's Global Chemicals Sector, and is the Managing Partner of the firm's office in Austin, Texas.

12. Ms. Black also has a dedicated pro bono practice. Since 2010, she has been involved in humanitarian asylum work and has helped nearly twenty individuals from countries including Afghanistan, Cameroon, Ghana, Guatemala, El Salvador, and Honduras win asylum, including a case that secured a precedent-setting opinion on constitutional due process rights of asylum-seekers. Ms. Black also serves on the A&O Shearman Americas Social Impact Committee, where she helps guide the firm's pro bono commitments.

13. Ms. Black has been Chambers-ranked for General Commercial Litigation every year since 2021 and was named a Litigation Star by Benchmark Litigation in 2026. Ms. Black was also recognized by Best Lawyers in America for Litigation – Regulatory Enforcement in 2024 and 2025, by The American Lawyer's Litigator of the Week series for outstanding work on behalf of Dow, Inc. in November 2024, and by The Legal 500 in Financial Services Litigation and Securities Litigation in 2023. Ms. Black was also shortlisted by IFLR's Women in Business Law Americas Awards as North American Environmental Lawyer of the Year in 2025 and by Texas Lawyer for Influential Woman of the Year in 2024.

Leila Siddiky

14. Ms. Siddiky graduated from Howard University School of Law in 2012 and is a member in good standing of the Bar of the State of New York. Ms. Siddiky is admitted to practice before several federal courts and has been granted *pro hac vice* admission to appear before this Court. Ms. Siddiky was recognized as a Future Star by Benchmark Litigation for the year 2026.

15. Ms. Siddiky's practice encompasses a broad set of areas in both the civil and regulatory context, representing global banks, corporations, and individuals in a variety of complex civil litigations, including securities class actions, antitrust litigation, M&A-related litigation, contract disputes, and employment matters. Ms. Siddiky also represents institutions and individuals in connection with investigations and proceedings before various government and self-regulatory agencies. Ms. Siddiky also has a robust pro bono practice representing individuals in federal and state court, including on habeas petitions and other matters involving constitutional rights.

16. Mr. Tannenbaum, Ms. Black, Ms. Siddiky, and I, together with our team of associate attorneys, have the capacity and specialized skills needed to thoroughly and vigorously litigate the claims in this case and properly represent Plaintiffs and the proposed class.

17. Additionally, A&O Shearman, along with co-counsel, has sufficient resources to vigorously prosecute the case. Neither I nor A&O Shearman nor any other A&O Shearman staff member has received or will receive reimbursement from the Plaintiffs or putative class members in this case.

18. I am aware of no conflicts between A&O Shearman or me, on the one hand, and any members of the class, on the other.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on October 26, 2026, in New York, New York.

By:*/s/ John Nathanson*

John Nathanson (*pro hac vice forthcoming*)
**ALLEN OVERY SHEARMAN STERLING US LLP**
599 Lexington Avenue
New York, NY 10022
Tel: (212) 848-4000
Fax: (646) 848-7179
Email: john.nathanson@aoshearman.com

*Attorney for Plaintiffs*