# EXHIBIT 18

*Office of Enforcement and Removal Operations*

**U.S. Department of Homeland Security**
500 12th Street, SW
Washington, D.C. 20536

U.S. Immigration and Customs Enforcement

December 18, 2025

MEMORANDUM FOR: Field Office Directors

FROM: Marcos Charles
Acting Executive Associate Director

MARCOS D CHARLES Digitally signed by MARCOS D CHARLES Date: 2025.12.18 14:10:27 -05'00'

SUBJECT: Rescission ICE Policy No. 11039.1: *Detention of Refugees Admitted Under INA § 207 Who Have Failed to Adjust to Lawful Permanent Resident Status* (May 10, 2010).

Consistent with the policy of the United States to protect its citizens from terrorist attacks and other national security and public safety threats, including through screening and vetting protocols and procedures associated with visa adjudications and other immigration processes, as reflected in the December 16, 2025 Presidential Proclamation, *Restricting and Limiting the Entry of Foreign Nationals to Protect the Security of the United States*, ICE Policy No. 11039.1: *Detention of Refugees Admitted Under INA § 207 Who Have Failed to Adjust to Lawful Permanent Resident Status* (May 10, 2010), is hereby rescinded effective immediately.