# EXHIBIT 23

# PROPOSED REFUGEE ADMISSIONS FOR FISCAL YEAR 2025

## REPORT TO THE CONGRESS

SUBMITTED ON BEHALF OF

**THE PRESIDENT OF THE UNITED STATES**

TO THE

**COMMITTEES ON THE JUDICIARY**

**UNITED STATES SENATE**

AND

**UNITED STATES HOUSE OF REPRESENTATIVES**

IN FULFILLMENT OF THE REQUIREMENTS OF

SECTIONS 207(d)(1) AND (e)

OF THE

IMMIGRATION AND NATIONALITY ACT

UNITED STATES DEPARTMENT OF STATE

UNITED STATES DEPARTMENT OF HOMELAND SECURITY

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES

A USCIS officer conducts an inquiry of each principal refugee applicant designed to elicit information about the applicant's claim for refugee status, any grounds of inadmissibility, and factors related to the exercise of discretion. The officer asks questions about the applicant's experiences in the country of origin, including problems and fears about returning (or remaining), as well as questions concerning the applicant's activities, background, and criminal history. The officer also considers evidence about conditions in the country of origin and assesses the applicant's credibility and claim. For derivative applicants, the officer also asks questions to inform the decision of eligibility based on family relationships.

**Background Security Checks**

The safety and security of the American people remains the first and foremost consideration in refugee admissions processing. Refugees are the most thoroughly screened and vetted group to enter the United States. Refugee applicants of all nationalities are required to undergo rigorous background security checks. Security checks include biographic checks for all refugee applicants and biometric (fingerprint) checks for refugee applicants within certain age limits. Biographic and biometric information is vetted against a broad array of law enforcement, intelligence community, and other relevant databases to help confirm identity, to check for any national security, criminal, or other derogatory information (including watchlist information), and to identify information that could inform lines of questioning during the inquiry. Refugee applicants must have all required security checks completed and fully addressed prior to an applicant's admission to the United States as a refugee.

In addition, PRM and USCIS work continually with interagency partners to identify opportunities to enhance and refine security screening for refugee applicants. This includes increasing the efficacy, efficiency, and fairness of security screening to further enhance the rigorous security measures that ensure the safety and security of the American people.