**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS, *et al.*,

*Plaintiffs*,

v.

JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services, *et al.*,

*Defendants*.

Case No. 1:26-cv-14817

**PLAINTIFFS' EMERGENCY MOTION FOR AN ADMINISTRATIVE STAY AND A STAY OF AGENCY ACTION UNDER 5 U.S.C. § 705**

Pursuant to Federal Rule of Civil Procedure 65 and 5 U.S.C. § 705, Plaintiffs—refugees resettled in this country and organizations that serve them—bring this Motion for an Administrative Stay and to Stay Agency Action under 5 U.S.C. § 705.

Plaintiffs respectfully ask this Court to take two actions: *First*, **immediately order a short administrative stay of an October 14, 2026 interim final rule ("IFR")** that allows U.S. Citizenship and Immigration Services ("USCIS") to strip individuals of refugee status with only 10 days' notice, replacing a 45-year-old regulation providing 30 days' notice. USCIS immediately began using the IFR after it was published (without notice and comment) and at least one refugee has already received a notice of intent to terminate their refugee status with only 10 days to respond and may lose their refugee status as soon as today. An administrative stay is necessary to give the Court adequate time to consider Plaintiffs' request for a longer-term 5 U.S.C. § 705 stay of the IFR and two other related agency actions, to review any response from Defendants, and to hold oral argument should the Court find it helpful, before refugees lose their status and the benefits and protections that come with it, including work authorization.

*Second*, Plaintiffs ask this Court to stay the following agency actions pursuant to 5 U.S.C. § 705, pending final resolution of this case: (1) the IFR; (2) a policy of re-vetting and re-interviewing all refugees who have not become lawful permanent residents, even though they were already thoroughly vetted when they were admitted in the United States; and (3) a policy of refusing to process the applications for lawful permanent resident status ("green cards") of refugees admitted during the Biden Administration. Together, these policies have put tens of thousands of refugees at imminent risk of losing their refugee status, being placed in removal proceedings, and being deported, while at the same time preventing refugees from obtaining the greater protections and benefits that would come with lawful permanent residence.

Pursuant to Local Rule 7.1(a)(2), counsel for Plaintiffs certify that on October 25, 2026, at 8:39 pm, they emailed counsel for Defendants asking for their position on this motion. At the time of this filing, counsel for Defendants had not yet responded. Plaintiffs are proceeding with this filing given the need for prompt relief as set forth in the memorandum of law filed in support of this motion.

Dated: October 26, 2026

Respectfully submitted,

/s/ Erez Reuveni
Erez Reuveni (MA BBO No. 666769)
Jennie L. Kneedler* (DC Bar No. 500261)
Cynthia Liao* (DC Bar No. 90036947)
Steven Y. Bressler* (DC Bar No. 482492)
Robin F. Thurston* (DC Bar No. 1531399)
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
ereuveni@democracyforward.org
jkneedler@democracyforward.org
cliao@democracyforward.org
sbressler@democracyforward.org
rthurston@democracyforward.org

John Nathanson (NY Bar No. 2630697)*
Andrew Tannenbaum (NY Bar No. 3940434)*

Hussein Elbakri* (NY Bar No. 5712666)
Guadalupe Aguirre* (NY Bar 5536107)
Kimberly Grano* (NY Bar No. 5858808)
Ghita Schwarz* (NY Bar No. 3030087)
Pedro Sepulveda* (NY Bar No. 6198550)

**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
One Battery Plaza, 33rd floor
New York, New York 10004
Telephone: (646) 939-9169
Facsimile: (516) 324-2267
helbakri@refugeerights.org
laguirre@refugeerights.org
kgrano@refugeerights.org
gschwarz@refugeerights.org
psepulveda@refugeerights.org

Dalia Fuleihan* (IL Bar No. 6335082)
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
P.O. Box 47611
Chicago, IL 60647
Telephone: (646) 740-6271
Facsimile: (516) 324-2267
dfuleihan@refugeerights.org

Leila Siddiky (NY Bar No. 5225164)*
**ALLEN OVERY SHEARMAN STERLING US LLP**
599 Lexington Avenue
New York, NY 10022
212-848-4000
john.nathanson@aoshearman.com
andrew.tannenbaum@aoshearman.com
leila.siddiky@aoshearman.com

Emily Westridge Black (TX Bar No. 24060815)*
**ALLEN OVERY SHEARMAN STERLING US LLP**
300 West 6th Street
Austin, TX 78701
512-647-1909
emily.westridgeblack@aoshearman.com

Gideon J. Duke-Cohan (MA BBO# 716358)
**ALLEN OVERY SHEARMAN STERLING US LLP**
One Beacon Street
Boston, MA 02108
212-610-6353
gideon.duke-cohan@aoshearman.com

*Counsel for All Plaintiffs*

* Motion to appear *pro hac vice* forthcoming

**CERTIFICATE OF SERVICE**

I certify that, on October 26, 2026, I emailed the foregoing to:

August Flentje
Deputy Director
U.S. Department of Justice, Civil Division, Office of Immigration Litigation
august.flentje@usdoj.gov

Papu Sandhu
Acting Senior Counsel for District Court Litigation
U.S. Department of Justice, Civil Division, Office of Immigration Litigation
Papu.Sandhu@usdoj.gov

Rayford Farquhar
Chief, Defensive Litigation, Civil Division
U.S. Attorney's Office for the District of Massachusetts
rayford.farquhar@usdoj.gov

I also caused the foregoing to be served on the U.S. Attorney's Office for the District of Massachusetts by courier and certified priority mail and to be served on Defendants and the Attorney General by certified priority mail.

*/s/ Erez Reuveni*
Erez Reuveni