**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS *et al.*,

*Plaintiffs*,

v.

JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services, *et al.*,

*Defendants*.

Case No. 1:26-cv-14817

**[PROPOSED] ORDER GRANTING MOTION FOR CLASS CERTIFICATION AND MOTION FOR STAY OF AGENCY ACTION UNDER 5 U.S.C. § 705**

IT IS HEREBY ORDERED THAT:

1. The Court hereby certifies the following Class pursuant to Federal Rule of Civil Procedure 23(b)(2): All individuals admitted to the United States as refugees under 8 U.S.C. § 1157 who have not adjusted to lawful permanent resident status as of and after October 14, 2026.
2. The Court appoints Lida A., Abdi B., Julio C., and Firas D. as Class Representatives.
3. The Court appoints as Class Counsel Erez Reuveni, Steven Bressler, Robin Thurston, Jennie L. Kneedler, and Cynthia Liao of Democracy Forward Foundation; Ghita Schwarz, Guadalupe Aguirre, Hussein Elbakri, Dalia Fuleihan, Kimberly Grano, and Pedro Sepulveda of International Refugee Assistance Project; and Jonathan Nathanson, Andrew Tannenbaum, Leila Siddiky, Emily Westridge Black, and Gideon J. Duke-Cohan of Allen Overy Shearman Sterling US LLP. Class Counsel is experienced in class action litigation and other areas of law at issue in this action and will adequately represent the interests of the Class. The requirements of Federal Rule of Civil Procedure 23(g) are satisfied.

4. Pending an order by this Court as to whether further relief should issue, Defendants Markwayne Mullin, in his official capacity as Secretary of Homeland Security; the Department of Homeland Security (DHS); U.S. Citizenship and Immigration Services (USCIS); Joseph B. Edlow, in his official capacity as Director, USCIS; their officers, agents, servants, employees, and attorneys; and all persons acting by, through, under, or in concert with these Defendants (collectively, "Defendants"), are hereby enjoined or stayed, pending further order of this Court, from:
   a. Implementing or enforcing USCIS, *Reinterview of Certain Refugees Admitted to the United States and an Immediate Hold on Certain Refugees with a Pending I-485, Application to Register Permanent Residence or Adjust Status* (Nov. 21, 2025) ("November 2025 Memo") as to Class members.
   b. Implementing or enforcing USCIS, *Removing 30-Day Refugee Termination Notice*, 91 Fed. Reg. 65,077 (Oct. 14, 2026) ("IFR") as to Class members.
5. Defendants shall promptly and in good faith process adjustment applications for Class members without consideration of the November 2025 Memo.
6. Defendants are enjoined from enforcing any Notices of Intent to Terminate ("NOITs") issued between October 14, 2026 and the date of this Order that required a response in less than 30 days. The individuals to whom such NOITs were issued shall not be required to respond to the NOIT. Defendants are prohibited from terminating those individuals' refugee status based on failure to respond to the NOIT.
7. Defendants shall notify the public of this Order via a web alert on USCIS's website within 3 days of this Order.
8. Defendants shall file a status report within 7 days of this Order describing the steps they have taken to comply with this Order, including the dates and content of instructions provided to their officers, agents, servants, and employees; and the date and content of the public notice posted on USCIS's website.

9. Defendants shall within 14 days of this Order, and every 7 days thereafter until further order of this Court, file a status report detailing the number of unadjusted refugees in the Class who have had their status adjusted to that of a lawful permanent resident or have had their application denied.

**IT IS SO ORDERED.**

Dated: ________________

________________________________
United States District Judge