**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-14817 |

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE STAY**

IT IS HEREBY ORDERED THAT:

1. Pending this Court's decision on Plaintiffs' Motion for a Stay under 5 U.S.C. § 705, Defendants Markwayne Mullin, in his official capacity as Secretary of Homeland Security; the Department of Homeland Security (DHS); U.S. Citizenship and Immigration Services (USCIS); Joseph B. Edlow, in his official capacity as Director, USCIS; their officers, agents, servants, employees, and attorneys; and all persons acting by, through, under, or in concert with these Defendants (collectively, "Defendants"), are hereby enjoined or stayed, pending further order of this Court, from Implementing or enforcing USCIS, *Removing 30-Day Refugee Termination Notice*, 91 Fed. Reg. 65,077 (Oct. 14, 2026) ("IFR").
2. Defendants are enjoined from enforcing any Notices of Intent to Terminate ("NOITs") issued between October 14, 2026 and the date of this Order that required a response in less than 30 days. The individuals to whom such NOITs were issued shall not be required to respond to the NOIT. Defendants are prohibited from terminating those individuals' refugee status based on failure to respond to the NOIT.

**IT IS SO ORDERED.**

Dated: ________________

________________________________
United States District Judge