**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS, *et al.*,

*Plaintiffs*,

v.

JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services, *et al.*,

*Defendants*.

Case No. 1:26-cv-14817

**PLAINTIFFS' MOTION FOR LEAVE TO FILE MEMORANDUM EXCEEDING TWENTY PAGES**

Plaintiffs respectfully request leave to file an overlength memorandum of up to 35 pages in support of Plaintiffs' motion for a stay of agency action under 5 U.S.C. § 705. *See* Local Rule 7.1(b)(4) (permitting overlength memoranda with leave of court).

Plaintiffs have good cause to request leave to file an overlength brief given (1) the stakes of the case, which implicates the right of refugees to adjust to lawful permanent resident status and have a fair opportunity to respond before the government terminates their refugee status; (2) the detailed statutory and regulatory regime at issue; (3) the number of plaintiffs and claims for relief; and (4) the compressed timeline Plaintiffs had to prepare the brief given that Defendants suddenly issued an immediately-effective interim final rule on October 14, 2026 and immediately began issuing notices to terminate refugee status with only 10 days' notice.

Plaintiffs submit that additional space to develop necessary factual background and address the governing legal principles will aid the Court in resolving the issues presented. Granting this Motion will not result in any prejudice, and Plaintiffs would be amenable to a corresponding extension for any opposition filed by Defendants. Accordingly, Plaintiffs respectfully request that this Court grant this motion for leave to file an overlength brief.

Pursuant to Local Rule 7.1(a)(2), counsel for Plaintiffs certify that on October 25, 2026, at 8:39 pm, they emailed counsel for Defendants asking for their position on this motion. At the time of this filing, counsel for Defendants had not yet responded. Plaintiffs are proceeding with this filing given the need for prompt relief as set forth in the memorandum of law filed in support of their contemporaneously filed motion for a stay of agency action under 5 U.S.C. § 705.

Dated: October 26, 2026

Respectfully submitted,

*/s/ Erez Reuveni*
Erez Reuveni (MA BBO No. 666769)
Jennie L. Kneedler* (DC Bar No. 500261)
Cynthia Liao* (DC Bar No. 90036947)
Steven Y. Bressler* (DC Bar No. 482492)
Robin F. Thurston* (DC Bar No. 1531399)
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
ereuveni@democracyforward.org
jkneedler@democracyforward.org
cliao@democracyforward.org
sbressler@democracyforward.org
rthurston@democracyforward.org

John Nathanson (NY Bar No. 2630697)*
Andrew Tannenbaum (NY Bar No. 3940434)*
Leila Siddiky (NY Bar No. 5225164)*
**ALLEN OVERY SHEARMAN STERLING US LLP**
599 Lexington Avenue
New York, NY 10022
212-848-4000
john.nathanson@aoshearman.com
andrew.tannenbaum@aoshearman.com
leila.siddiky@aoshearman.com

Emily Westridge Black (TX Bar No. 24060815)*
**ALLEN OVERY SHEARMAN STERLING US LLP**
300 West 6th Street
Austin, TX 78701
512-647-1909

Hussein Elbakri* (NY Bar No. 5712666)
Guadalupe Aguirre* (NY Bar 5536107)
Kimberly Grano* (NY Bar No. 5858808)
Ghita Schwarz* (NY Bar No. 3030087)
Pedro Sepulveda* (NY Bar No. 6198550)

**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
One Battery Plaza, 33rd floor
New York, New York 10004
Telephone: (646) 939-9169
Facsimile: (516) 324-2267
helbakri@refugeerights.org
laguirre@refugeerights.org
kgrano@refugeerights.org
gschwarz@refugeerights.org
psepulveda@refugeerights.org

Dalia Fuleihan* (IL Bar No. 6335082)
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
P.O. Box 47611
Chicago, IL 60647
Telephone: (646) 740-6271
Facsimile: (516) 324-2267
dfuleihan@refugeerights.org

emily.westridgeblack@aoshearman.com

Gideon J. Duke-Cohan (MA BBO# 716358)
**ALLEN OVERY SHEARMAN STERLING US LLP**
One Beacon Street
Boston, MA 02108
212-610-6353
gideon.duke-cohan@aoshearman.com

*Counsel for All Plaintiffs*

* Motion to appear *pro hac vice* forthcoming

**CERTIFICATE OF SERVICE**

I certify that, on October 26, 2026, I emailed the foregoing to:

August Flentje
Deputy Director
U.S. Department of Justice, Civil Division, Office of Immigration Litigation
august.flentje@usdoj.gov

Papu Sandhu
Acting Senior Counsel for District Court Litigation
U.S. Department of Justice, Civil Division, Office of Immigration Litigation
Papu.Sandhu@usdoj.gov

Rayford Farquhar
Chief, Defensive Litigation, Civil Division
U.S. Attorney's Office for the District of Massachusetts
rayford.farquhar@usdoj.gov

I also caused the foregoing to be served on the U.S. Attorney's Office for the District of Massachusetts by courier and certified priority mail and to be served on Defendants and the Attorney General by certified priority mail.

*/s/ Erez Reuveni*
Erez Reuveni