**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS, *et al.*,

*Plaintiffs*,

v.

JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services, *et al.*,

*Defendants*.

Case No. 1:26-cv-14817

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE MEMORANDUM EXCEEDING 20 PAGES**

IT IS HEREBY ORDERED that Plaintiffs' motion to file a brief in excess of 20 pages is GRANTED. Plaintiffs may file a brief up to 35 pages.

Dated: ________________

______________________________
United States District Judge