**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-14817 |

**[PROPOSED] ORDER GRANTING INDIVIDUAL PLAINTIFFS' MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS**

Having considered the Individual Plaintiffs' Motion for Leave to Proceed Under Pseudonyms and finding the Motion meritorious, this Court **GRANTS** the Motion and **ORDERS** as follows:

1. The Individual Plaintiffs are authorized to proceed under pseudonyms for the entirety of this action.

2. Any Individual Plaintiffs added by later amendment may likewise proceed under pseudonyms without the need for further leave of Court.

**IT IS SO ORDERED.**

Dated: ______________________

______________________________
United States District Judge