**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-14817 |

**DECLARATION OF CYNTHIA LIAO IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

I, Cynthia Liao, hereby certify and state:

1. I am a Senior Counsel. at Democracy Forward Foundation
2. My business address is P.O. Box 34553, Washington, D.C. 20043. My business telephone number is 202-808-1982. My business fax is 202-921-4875. My email address is cliao@democracyforward.org.
3. I am a member in good standing of the bars of:
    a. California
    b. the District of Columbia
    c. the U.S. District Court for the District of Columbia
    d. the U.S. District Court for the District of Connecticut
    e. the U.S. District Court for the District of Maryland
    f. the U.S. District Court for the Northern District of California
    g. the U.S. Court of Appeals for the Fourth Circuit
    h. the U.S. Court of Appeals for the Ninth Circuit
    i. the U.S. Court of Appeals for the Eleventh Circuit

j. the U.S. Court of Appeals for the District of Columbia

k. the Supreme Court of the United States

I have no pending disciplinary proceedings against me in any jurisdiction.

4. I have not been denied admission, been disciplined by, surrendered my license to practice before, or withdrawn an application for admission to practice before any bar, or before this Court or any other court.

5. I have not previously had a *pro hac vice* admission or other limited admission to this court revoked for misconduct.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 26, 2026
Washington, D.C.

Respectfully submitted,

/s/ Cynthia Liao

Cynthia Liao (DC Bar No. 90036947)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Telephone: 202-808-1982
Facsimile: 202-921-4875
Email: cliao@democracyforward.org

*Attorney for Plaintiffs*