**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH B. EDLOW, in his official capacity as Director of United States Citizenship and Immigration Services, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-14817 |

**DECLARATION OF ROBIN F. THURSTON IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Robin F. Thurston, hereby certify and state:

1. I am a Legal Director at Democracy Forward Foundation.
2. My business address is P.O. Box 34553, Washington, D.C. 20043. My business telephone number is 202-448-9090. My business fax is 202-921-4875. My email address is rhurston@democracyforward.org.
3. I am a member in good standing of the bars of:
    a. the District of Columbia
    b. the U.S. District Court for the District of Columbia
    c. the U.S. District Court for the District of Maryland
    d. the U.S. Court of Appeals for the First Circuit
    e. the U.S. Court of Appeals for the Second Circuit
    f. the U.S. Court of Appeals for the Third Circuit
    g. the U.S. Court of Appeals for the Fourth Circuit
    h. the U.S. Court of Appeals for the Fifth Circuit
    i. the U.S. Court of Appeals for the Sixth Circuit

j. the U.S. Court of Appeals for the Seventh Circuit
k. the U.S. Court of Appeals for the Eighth Circuit
l. the U.S. Court of Appeals for the Ninth Circuit
m. the U.S. Court of Appeals for the Eleventh Circuit
n. the U.S. Court of Appeals for the Federal Circuit
o. the U.S. Court of Appeals for the District of Columbia
p. the Supreme Court of the United States

4. I have no pending disciplinary proceedings against me in any jurisdiction.
5. I have not been denied admission, been disciplined by, surrendered my license to practice before, or withdrawn an application for admission to practice before any bar, or before this Court or any other court.
6. I have not previously had a *pro hac vice* admission or other limited admission to this court revoked for misconduct.
7. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 26, 2026
Washington, D.C.

Respectfully submitted,

/s/ Robin F. Thurston
Robin F. Thurston (DC Bar No. 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Telephone: 202-448-9090
Facsimile: 202-921-4875
Email: rthurston@democracyforward.org

*Attorney for Plaintiffs*