**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS, *et al.*,

*Plaintiffs*,

v.

JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services, *et al.*,

*Defendants*.

Case No. 1:26-cv-14817

**PLAINTIFFS' MOTION FOR *PRO HAC VICE* ADMISSION OF GHITA SCHWARZ, HUSSEIN ELBAKRI, GUADALUPE AGUIRRE, DALIA FULEIHAN, KIMBERLY GRANO, AND PEDRO SEPULVEDA**

Pursuant to Local Rule 83.5.3, Plaintiffs move for the *pro hac vice* admission of their counsel Ghita Schwarz, Hussein Elbakri, Guadalupe Aguirre, Dalia Fuleihan, Kimberly Grano, and Pedro Sepulveda. As grounds, Plaintiffs state that:

1. Ms. Schwarz is admitted to practice law with the bars of the State of New York, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Eastern District of Michigan, the United States District Court for the District of Columbia, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Seventh Circuit, the United States Court of Appeals for the Tenth Circuit, and the Supreme Court of the United States. As set forth in Ms. Schwarz's declaration, she is admitted and an active member in good standing with all bars of which she is a member, has not been suspended or disbarred in any jurisdiction, has no disciplinary proceedings pending against her, has not previously had a *pro hac vice* admission or other limited admission to this Court revoked for misconduct, and has read and agrees to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

2. Mr. Elbakri is admitted to practice law with the bars of the State of New York, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the District of Columbia, the United States Court of Appeals for the District of Columbia, and the Supreme Court of the United States. As set forth in Mr. Elbakri's declaration, he is admitted and an active member in good standing with all bars of which he is a member, has not been suspended or disbarred in any jurisdiction, has no disciplinary proceedings pending against him, has not previously had a *pro hac vice* admission or other limited admission to this Court revoked for misconduct, and has read and agrees to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

3. Ms. Aguirre is admitted to practice law with the bars of the State of New York, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Western District of New York, the United States District Court for the District of Columbia, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the District of Columbia, the United States Court of Appeals for the Seventh Circuit, and the Supreme Court of the United States. As set forth in Ms. Aguirre's declaration, she is admitted and an active member in good standing with all bars of which she is a member, has not been suspended or disbarred in any jurisdiction, has no disciplinary proceedings pending against her, has not previously had a *pro hac vice* admission or other limited admission to this Court revoked for misconduct, and has read and agrees to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

4. Ms. Fuleihan is admitted to practice law with the bars of the State of Illinois, the United States District Court for the District of Connecticut, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Seventh Circuit, the United States Court of Appeals for the Tenth Circuit, and the Supreme Court of the United States. As set forth in Ms. Fuleihan's declaration, she is admitted and an active member in good standing with all bars of which she is a member, has not been suspended or disbarred in any jurisdiction, has no disciplinary proceedings pending against her, has not previously had a *pro hac vice* admission or

other limited admission to this Court revoked for misconduct, and has read and agrees to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

5. Ms. Grano is admitted to practice law with the bars of the State of New York, the State of California, the United States District Court for the Southern District of New York, the United States District Court for Southern District of California, the United States District Court for the District of Columbia, the United States District Court for the District of Colorado, the Court of Appeals for the District of Columbia Circuit, and the United States Supreme Court. As set forth in declaration, she is admitted and an active member in good standing with all bars of which she is a member, has not been suspended or disbarred in any jurisdiction, has no disciplinary proceedings pending against her, has not previously had a *pro hac vice* admission or other limited admission to this Court revoked for misconduct, and has read and agrees to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

6. Mr. Sepulveda is admitted to practice law with the bars of the State of New York, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the District of Columbia, the United States Court of Appeals for the Seventh Circuit, the United States Court of Appeals for the Ninth Circuit, and the United States Court of Appeals for the District of Columbia. As set forth in Mr. Sepulveda's declaration, he is admitted and an active member in good standing with all bars of which he is a member, has not been suspended or disbarred in any jurisdiction, has no disciplinary proceedings pending against him, has not previously had a *pro hac vice* admission or other limited admission to this Court revoked for misconduct, and has read and agrees to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

This motion is supported and signed by Erez Reuveni, an active and sponsoring member of the Bar of this court.

Dated: October 26, 2026

Respectfully submitted,

*/s/ Erez Reuveni*

Erez Reuveni, MA B.B.O. No. 666769
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Phone: 202-448-9090
Fax: 202-921-4875
ereuveni@democracyforward.org

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that, on October 26, 2026, I emailed the foregoing to:

August Flentje
Deputy Director
U.S. Department of Justice, Civil Division, Office of Immigration Litigation
august.flentje@usdoj.gov

Papu Sandhu
Acting Senior Counsel for District Court Litigation
U.S. Department of Justice, Civil Division, Office of Immigration Litigation
Papu.Sandhu@usdoj.gov

Rayford Farquhar
Chief, Defensive Litigation, Civil Division
U.S. Attorney's Office for the District of Massachusetts
rayford.farquhar@usdoj.gov

I also caused the foregoing to be served on the U.S. Attorney's Office for the District of Massachusetts by courier and certified priority mail and to be served on Defendants and the Attorney General by certified priority mail.

*/s/ Erez Reuveni*
Erez Reuveni