**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH B. EDLOW, in his official capacity as Director of United States Citizenship and Immigration Services, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-14817 |

**DECLARATION OF GHITA SCHWARZ IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Ghita Schwarz, hereby certify and state:

1. I am the Senior Director of Litigation at the International Refugee Assistance Project.
2. My business address is One Battery Plaza, 33rd floor, New York, New York 10004. My business telephone is (646) 939-9169. My business facsimile is (516) 324-2267. My email address is gschwarz@refugeerights.org.
3. I am a member in good standing of the bars of:
   a. New York
   b. the United States District Court for the Southern District of New York
   c. the United States District Court for the Eastern District of New York
   d. the United States District Court for the Eastern District of Michigan
   e. the United States District Court for the District of Columbia
   f. the United States Court of Appeals for the Second Circuit
   g. the United States Court of Appeals for the Third Circuit

h. the United States Court of Appeals for the Sixth Circuit

i. the United States Court of Appeals for the Seventh Circuit

j. the United States Court of Appeals for the Tenth Circuit

k. the Supreme Court of the United States

4. I have no pending disciplinary proceedings against me in any jurisdiction.

5. I have not been denied admission, been disciplined by, surrendered my license to practice before, or withdrawn an application for admission to practice before any bar, or before this Court or any other court.

6. I have not previously had a pro hac vice admission or other limited admission to this court revoked for misconduct.

7. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 26, 2026
New York, NY

Respectfully submitted,

*/s/ Ghita Schwarz*
Ghita Schwarz

**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
One Battery Plaza, 33rd floor
New York, New York 10004
Telephone: (646) 939-9169
Facsimile: (516) 324-2267
gschwarz@refugeerights.org

*Attorney for Plaintiffs*