**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS, *et al.*,

*Plaintiffs*,

v.

JOSEPH B. EDLOW, in his official capacity as Director of United States Citizenship and Immigration Services, *et al.*,

*Defendants*.

Case No. 1:26-cv-14817

**DECLARATION OF DALIA FULEIHAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Dalia Fuleihan, hereby certify and state:

1. I am a Litigation Senior Staff Attorney at the International Refugee Assistance Project.
2. My business address is P.O. Box 47611, Chicago, IL 60647. My business telephone is (646) 740-6271. My business facsimile is (516) 324-2267. My email address is dfuleihan@refugeerights.org.
3. I am a member in good standing of the bars of:
    a. Illinois
    b. the United States District Court for the District of Connecticut
    c. the United States Court of Appeals for the Second Circuit
    d. the United States Court of Appeals for the Seventh Circuit
    e. the United States Court of Appeals for the Tenth Circuit
    f. the Supreme Court of the United States.

4. I have no pending disciplinary proceedings against me in any jurisdiction.
5. I have not been denied admission, been disciplined by, surrendered my license to practice before, or withdrawn an application for admission to practice before any bar, or before this Court or any other court.
6. I have not previously had a pro hac vice admission or other limited admission to this court revoked for misconduct.
7. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 26, 2026
Chicago, IL

Respectfully submitted,

*/s/ Dalia Fuleihan*
Dalia Fuleihan
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
P.O. Box 47611
Chicago, IL 60647
Telephone: (646) 740-6271
Facsimile: (516) 324-2267
dfuleihan@refugeerights.org

*Attorney for Plaintiffs*