**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS, *et al.*,

*Plaintiffs*,

v.

JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services, *et al.*,

*Defendants*.

Case No. 1:26-cv-14817

**PLAINTIFFS' MOTION FOR *PRO HAC VICE* ADMISSION OF**
**JOHN NATHANSON, EMILY WESTRIDGE BLACK, ANDREW TANNENBAUM, AND LEILA SIDDIKY**

Pursuant to Local Rule 83.5.3, Plaintiffs move for the *pro hac vice* admission of their counsel John Nathanson, Emily Westridge Black, Andrew Tannenbaum, and Leila Siddiky as counsel for Plaintiffs in the above-titled action. As grounds, Plaintiffs state that:

1. Mr. John Nathanson is admitted to practice law with the bars of the State of New York, and the United States Supreme Court, United States District Court for the Southern District of New York, United States District Court for the Eastern District of New York, and United States Court of Appeals for the Second Circuit. As set forth in John Nathanson's declaration, attached as **Exhibit A**, he is admitted and an active member in good standing with all bars of which he is a member, has not been suspended or disbarred in any jurisdiction, has no disciplinary proceedings pending against him, has not previously had a *pro hac vice* admission or other limited admission

to this court revoked for misconduct, and has read and agrees to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

2. Ms. Emily Westridge Black is admitted to practice law with the bar of the State of Texas, United States Court of Appeals for the Fifth Circuit, United States District Court for the Northern District of Texas, United States District Court for the Western District of Texas, United States District Court for the Eastern District of Texas, United States District Court for the Southern District of Texas, and United States District Court for the District of Colorado. As set forth in Emily Westridge Black's declaration, attached as **Exhibit B,** she is admitted and an active member in good standing with all bars of which she is a member, has not been suspended or disbarred in any jurisdiction, has no disciplinary proceedings pending against her, has not previously had a *pro hac vice* admission or other limited admission to this court revoked for misconduct, and has read and agrees to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

3. Mr. Andrew Tannenbaum is admitted to practice law with the bars of the State of New York and the United States District Court for the Southern District of New York. As set forth in Andrew Tannenbaum's declaration, attached as **Exhibit C,** he is admitted and an active member in good standing with the bars of which he is a member, has not been suspended or disbarred in any jurisdiction, has no disciplinary proceedings pending against him, has not previously had a *pro hac vice* admission or other limited admission to this court revoked for misconduct, and has read and agrees to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

4. Ms. Leila Siddiky is admitted to practice law with the bars of the State of New York, and the United States District Court for the Southern District of New York, United States District Court for the Eastern District of New York, United States District Court for the Eastern District of Michigan, United States District Court for the Western District of Michigan, United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Fifth Circuit, and United States Court of Appeals for the Sixth Circuit. As set forth in Leila Siddiky's declaration, attached as **Exhibit D,** she is admitted and an active member in good standing with all bars of which she is a member, has not been suspended or disbarred in any jurisdiction, has no disciplinary proceedings pending against her, has not previously had a *pro hac vice* admission or other limited admission to this court revoked for misconduct, and has read and agrees to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

This motion is supported and signed by Gideon J. Duke-Cohan, an active and sponsoring member of the Bar of this Court. Plaintiffs respectfully request that this Court grant the admission of attorneys John Nathanson, Emily Westridge Black, Andrew Tannenbaum, and Leila Siddiky *pro hac vice* to the Bar of this Court.

Dated: October 26, 2026
Boston, MA

Respectfully submitted,

By: */s/ Gideon J. Duke-Cohan*

Gideon J. Duke-Cohan (MA BBO# 716358)
**ALLEN OVERY SHEARMAN STERLING US LLP**
One Beacon Street
Boston, MA 02108
Tel: +1212-610-6353
Email: gideon.duke-cohan@aoshearman.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that, on October 26, 2026, Plaintiffs' counsel caused the foregoing to be emailed to:

August Flentje
Deputy Director
U.S. Department of Justice, Civil Division, Office of Immigration Litigation
august.flentje@usdoj.gov

Papu Sandhu
Acting Senior Counsel for District Court Litigation
U.S. Department of Justice, Civil Division, Office of Immigration Litigation
Papu.Sandhu@usdoj.gov

Rayford Farquhar
Chief, Defensive Litigation, Civil Division
U.S. Attorney's Office for the District of Massachusetts
rayford.farquhar@usdoj.gov

Plaintiffs' counsel also caused the foregoing to be served on the U.S. Attorney's Office for the District of Massachusetts by courier and certified priority mail and to be served on Defendants and the Attorney General by certified priority mail.

*/s/ Gideon J. Duke-Cohan*
Gideon J. Duke-Cohan

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-14817 |

**DECLARATION OF JOHN NATHANSON**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, John Nathanson, hereby certify and state:

1. I am a partner at Allen Overy Shearman Sterling US LLP.

2. My business address is 599 Lexington Avenue, New York, NY 10022. My business telephone number is: (212) 848 8611. My business fax is: (646) 848 7179. My email address is: john.nathanson@aoshearman.com.

3. I am a member in good standing of the Bars of:

    a) New York;
    b) United States Supreme Court;
    c) United States District Court for the Southern District of New York;
    d) United States District Court for the Eastern District of New York; and
    e) United States Court of Appeals for the Second Circuit.

    I have no pending disciplinary proceedings against me in any jurisdiction.

4. I have not been denied admission, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before, any bar, or before this Court or any other court.

5. I have not previously had a *pro hac vice* admission or other limited admission to this court revoked for misconduct.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 26, 2026
New York, NY

Respectfully submitted,

By: */s/ John Nathanson*

John Nathanson (NY Bar No. 2630697)
Allen Overy Shearman Sterling US LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 848 7299
Fax: (646) 848 7179
Email: john.nathanson@aoshearman.com

*Attorney for Plaintiffs*

# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS, *et al.*,

*Plaintiffs*,

v.

JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services, *et al.*,

*Defendants*.

Case No. 1:26-cv-14817

**DECLARATION OF EMILY WESTRIDGE BLACK
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Emily Westridge Black, hereby certify and state:

1. I am a partner at Allen Overy Shearman Sterling US LLP.

2. My business address is 300 West 6th Street, Suite 2250, Austin, TX 78701. My business telephone number is: (512) 647 1909. My business fax is: (512) 647 1899. My email address is: emily.westridgeblack@aoshearman.com.

3. I am a member in good standing of the Bars of:

   a) The State of Texas;
   b) United States Court of Appeals for the Fifth Circuit;
   c) United States District Court for the Northern District of Texas;
   d) United States District Court for the Western District of Texas;
   e) United States District Court for the Eastern District of Texas;
   f) United States District Court for the Southern District of Texas; and
   g) United States District Court for the District of Colorado.

   I have no pending disciplinary proceedings against me in any jurisdiction.

4. I have not been denied admission, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before, any bar, or before this Court or any other court.

5. I have not previously had a *pro hac vice* admission or other limited admission to this court revoked for misconduct.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 26, 2026
Austin, TX

Respectfully submitted,

By: */s/ Emily Westridge Black*

Emily Westridge Black (TX Bar No. 24060815)
**ALLEN OVERY SHEARMAN STERLING US LLP**
300 W 6th St, 22nd Floor
Austin, TX 78701
Tel: (512) 647 1909
Fax: (512) 647 1899
Email: emily.westridgeblack@aoshearman.com

*Attorney for Plaintiffs*

# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-14817 |

**DECLARATION OF ANDREW TANNENBAUM**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Andrew Tannenbaum, hereby certify and state:

1. I am a Partner at Allen Overy Shearman Sterling US LLP.

2. My business address is 599 Lexington Avenue, New York, NY 10022. My business telephone number is: (212) 756 1157. My business fax is: (646) 848 7179. My email address is: andrew.tannenbaum@aoshearman.com.

3. I am a member in good standing of the Bars of:

   a. New York; and

   b. the United States District Court for the Southern District of New York.

   I have no pending disciplinary proceedings against me in any jurisdiction.

4. I have not been denied admission, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before any bar, or before this Court or any other court.

5. I have not previously had a *pro hac vice* admission or other limited admission to this court revoked for misconduct.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 26, 2026
New York, NY

Respectfully submitted,

By: */s/ Andrew Tannenbaum*

Andrew Tannenbaum (NY Bar No. 3940434)
Allen Overy Shearman Sterling US LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 848 7299
Fax: (646) 848 7179
Email:
andrew.tannenbaum@aoshearman.com

*Attorney for Plaintiffs*

# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-14817 |

**DECLARATION OF LEILA SIDDIKY**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Leila Siddiky, hereby certify and state:

1. I am a partner at Allen Overy Shearman Sterling US LLP.

2. My business address is 599 Lexington Avenue, New York, NY 10022. My business telephone number is: (212) 848 7299. My business fax is: (646) 848 7179. My email address is: leila.siddiky@aoshearman.com.

3. I am a member in good standing of the Bars of:

    a) New York;
    b) United States District Court for the Southern District of New York;
    c) United States District Court for the Eastern District of New York;
    d) United States District Court for the Eastern District of Michigan;
    e) United States District Court for the Western District of Michigan;
    f) United States Court of Appeals for the Second Circuit;
    g) United States Court of Appeals for the Fifth Circuit; and
    h) United States Court of Appeals for the Sixth Circuit.

    I have no pending disciplinary proceedings against me in any jurisdiction.

4. I have not been denied admission, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before any bar, or before this Court or any other court.

5. I have not previously had a *pro hac vice* admission or other limited admission to this court revoked for misconduct.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 26, 2026
New York, NY

Respectfully submitted,

By: */s/ Leila Siddiky*

Leila Siddiky (NY Bar No. 5225164)
Allen Overy Shearman Sterling US LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 848 7299
Fax: (646) 848 7179
Email: leila.siddiky@aoshearman.com

*Attorney for Plaintiffs*