AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| PANA, et al. *Plaintiff* | ) | |
| v. | ) | Case No. 1:26–CV–14817 |
| Joseph B. Edlow, et al. *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs .

Date: 10/26/2026

/s/ Steven Y. Bressler
*Attorney's signature*

Steven Y. Bressler, DC Bar No. 482492
*Printed name and bar number*

Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
*Address*

sbressler@democracyforward.org
*E-mail address*

(202) 448-9090
*Telephone number*

(202) 921-4875
*FAX number*

Print Save As... Reset