AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

PANA, et al.,
*Plaintiff*
v.
Joseph B. Edlow, et al.,
*Defendant*

Case No. 1:26-cv-14817-MJJ

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs .

Date: 10/26/2026

/s/ Pedro Sepulveda
*Attorney's signature*

Pedro Sepulveda, pro hac vice, NY Bar No. 6198550
*Printed name and bar number*

International Refugee Assistance Project (IRAP)
One Battery Park Plaza, 333rd Floor
New York, New York 10004
*Address*

psepulveda@refugeerights.org
*E-mail address*

(646) 819-3805
*Telephone number*

(516) 324-2667
*FAX number*