AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

PANA, et al.
*Plaintiff*
v.
Joseph B. Edlow, et al.
*Defendant*

Case No. 1:26-cv-14817-MJJ

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs .

Date: 10/27/2026

/s/Ghita Schwarz
*Attorney's signature*

Ghita Schwarz, PHV, Bar No. NY 3030087
*Printed name and bar number*

International Refugee Assistance Project
One Battery Park Plaza, 33rd Floor
New York, NY 10004
*Address*

gschwarz@refugeerights.org
*E-mail address*

(646) 939-9169
*Telephone number*

(516) 324-2667
*FAX number*