**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services, *et al.*,<br><br>Defendants. | Civil Action No. 26-14817-MJJ |

**ORDER GRANTING ADMINISTRATIVE STAY**

October 27, 2026

KOBICK, D.J.

In order to preserve the status quo, avoid irreparable harm to the Plaintiffs and putative class members, and allow the District Judge assigned to this matter sufficient time to consider the Plaintiffs' Motion for a Stay under 5 U.S.C. § 705, [Doc. No. 4], it is hereby ORDERED that Defendants Markwayne Mullin, in his official capacity as Secretary of Homeland Security; the Department of Homeland Security ("DHS"); U.S. Citizenship and Immigration Services ("USCIS"); Joseph B. Edlow, in his official capacity as Director, USCIS; their officers, agents, servants, employees, and attorneys; and all persons acting by, through, under, or in concert with these Defendants (collectively, "Defendants") are ENJOINED, for ten days, up to and including November 6, 2026, from implementing or enforcing USCIS, *Removing 30-Day Refugee Termination Notice*, 91 Fed. Reg. 65,077 (Oct. 14, 2026) ("IFR"). *See United States v. Texas*, 144 S. Ct. 797, 798 (2024) (Barrett, J., concurring) (outlining the purposes of an administrative stay).

Up to and including November 6, 2026, Defendants are further ENJOINED from enforcing any Notices of Intent to Terminate ("NOITs") issued between October 14, 2026, and the date of this Order that required a response in less than 30 days. The individuals to whom such NOITs were issued shall not be required to respond to the NOIT. Defendants are prohibited from terminating those individuals' refugee status based on failure to respond to any NOIT issued during that time period.

Plaintiffs are ORDERED to serve this Order Granting Administrative Stay on the Defendants on or before October 28, 2026.

This Order Granting Administrative Stay is subject to alteration, amendment, extension, vacatur, or any other appropriate action by the District Judge assigned to this case.

SO ORDERED.

/s/ Julia E. Kobick
United States District Judge

DATED: October 27, 2026