**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-14817-MJJ |

**NOTICE OF APPEARANCE**

Please enter the appearance of Leila Siddiky of Allen Overy Shearman Sterling US LLP as counsel of record for Plaintiffs Partnership for the Advancement of New Americans, Jewish Family Service of Western Massachusetts, International Institute of New England, African Communities Together, HIAS, Inc., Refugee Council USA, Lida A., Abdi B., Julio C., and Firas D. in the above-captioned matter.

Dated: October 27, 2026

*/s/ Leila Siddiky*
Leila Siddiky (NY Bar # 5225164)
**ALLEN OVERY SHEARMAN STERLING US LLP**
599 Lexington Avenue
New York, NY 10022
Tel: +1212-848-7299
Email: leila.siddiky@aoshearman.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that, on October 27, 2026, Plaintiffs' counsel caused the foregoing to be emailed to:

August Flentje
Deputy Director
U.S. Department of Justice, Civil Division, Office of Immigration Litigation
august.flentje@usdoj.gov

Papu Sandhu
Acting Senior Counsel for District Court Litigation
U.S. Department of Justice, Civil Division, Office of Immigration Litigation
Papu.Sandhu@usdoj.gov

Rayford Farquhar
Chief, Defensive Litigation, Civil Division
U.S. Attorney's Office for the District of Massachusetts
rayford.farquhar@usdoj.gov

Plaintiffs' counsel also caused the foregoing to be served on the U.S. Attorney's Office for the District of Massachusetts by courier and certified priority mail and to be served on Defendants and the Attorney General by certified priority mail.

*/s/ Leila Siddiky*
Leila Siddiky