**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS, *et al.*,

*Plaintiffs*,

v.

JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services, *et al.*,

*Defendants*.

Case No. 1:26-cv-14817

**NOTICE**

Plaintiffs respectfully provide notice that, pursuant to this Court's Order (Doc No. 24), undersigned counsel provided Defendants a copy of that Order as well as the Court's subsequent order setting a hearing. In particular, undersigned counsel provided notice through the U.S. Department of Justice as described below:

1. Today, October 27, 2026, at 12:34 PM, undersigned counsel emailed appropriate Department of Justice officials[1] the Court's Order Granting Administrative Stay (Doc No. 24). Plaintiffs also hand-served that Order on the U.S. Attorney's Office at 1:59 PM.
2. Also today, at 4:55 P.M., undersigned counsel emailed the Court's Electronic Notice Setting Hearing on Motion (Doc No. 26) for November 3, 2026 at 2:30 P.M. in Boston to the same Department of Justice attorneys, and the U.S. Attorney's Office subsequently confirmed receipt.

[1] Undersigned counsel emailed August Flentje, Deputy Director U.S. Department of Justice, Civil Division, Office of Immigration Litigation; Papu Sandhu Acting Senior Counsel for District Court Litigation U.S. Department of Justice, Civil Division, Office of Immigration Litigation; and Rayford Farquhar Chief, Defensive Litigation, Civil Division U.S. Attorney's Office for the District of Massachusetts.

Plaintiffs will submit proof of service later this week.

Dated: October 27, 2026

Respectfully submitted,

/s/ Erez Reuveni
Erez Reuveni (MA BBO No. 666769)
Jennie L. Kneedler* (DC Bar No. 500261)
Cynthia Liao* (DC Bar No. 90036947)
Steven Y. Bressler* (DC Bar No. 482492)
Robin F. Thurston* (DC Bar No. 1531399)
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
ereuveni@democracyforward.org
jkneedler@democracyforward.org
cliao@democracyforward.org
sbressler@democracyforward.org
rthurston@democracyforward.org

Hussein Elbakri* (NY Bar No. 5712666)
Guadalupe Aguirre* (NY Bar 5536107)
Kimberly Grano* (NY Bar No. 5858808)
Ghita Schwarz* (NY Bar No. 3030087)
Pedro Sepulveda* (NY Bar No. 6198550)

**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
One Battery Plaza, 33rd floor
New York, New York 10004
Telephone: (646) 939-9169
Facsimile: (516) 324-2267
helbakri@refugeerights.org
laguirre@refugeerights.org
kgrano@refugeerights.org
gschwarz@refugeerights.org
psepulveda@refugeerights.org

Dalia Fuleihan* (IL Bar No. 6335082)
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
P.O. Box 47611
Chicago, IL 60647
Telephone: (646) 740-6271
Facsimile: (516) 324-2267
dfuleihan@refugeerights.org

John Nathanson (NY Bar No. 2630697)*
Andrew Tannenbaum (NY Bar No. 3940434)*
Leila Siddiky (NY Bar No. 5225164)*
**ALLEN OVERY SHEARMAN STERLING US LLP**
599 Lexington Avenue
New York, NY 10022
212-848-4000
john.nathanson@aoshearman.com
andrew.tannenbaum@aoshearman.com
leila.siddiky@aoshearman.com

Emily Westridge Black (TX Bar No. 24060815)*
**ALLEN OVERY SHEARMAN STERLING US LLP**
300 West 6th Street
Austin, TX 78701
512-647-1909
emily.westridgeblack@aoshearman.com

Gideon J. Duke-Cohan (MA BBO# 716358)
**ALLEN OVERY SHEARMAN STERLING US LLP**
One Beacon Street
Boston, MA 02108

212-610-6353
gideon.duke-cohan@aoshearman.com

*Counsel for All Plaintiffs*

* Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I certify that, on October 27, 2026, I emailed the foregoing to:

August Flentje
Deputy Director
U.S. Department of Justice, Civil Division, Office of Immigration Litigation
august.flentje@usdoj.gov

Papu Sandhu
Acting Senior Counsel for District Court Litigation
U.S. Department of Justice, Civil Division, Office of Immigration Litigation
Papu.Sandhu@usdoj.gov

Rayford Farquhar
Chief, Defensive Litigation, Civil Division
U.S. Attorney's Office for the District of Massachusetts
rayford.farquhar@usdoj.gov

I also caused the foregoing to be served on the U.S. Attorney's Office for the District of Massachusetts by courier and certified priority mail and to be served on Defendants and the Attorney General by certified priority mail.

*/s/ Erez Reuveni*
Erez Reuveni