AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

PANA, et al.
*Plaintiff*
v.
Joseph B. Edlow, et al.
*Defendant*

Case No. 1:26-cv-14817-MJJ

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs .

Date: 10/28/2026

/s/Dalia Fuleihan
*Attorney's signature*

Dalia Fuleihan, PHV, Bar No. IL 6335082
*Printed name and bar number*

International Refugee Assistance Project
P.O. Box 47611
Chicago, IL 60647
*Address*

dfuleihan@refugeerights.org
*E-mail address*

646-740-6271
*Telephone number*

516-324-2667
*FAX number*