AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| PANA et al.<br>*Plaintiff*<br>v.<br>Joseph P. Edlow et al.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 1:26-cv-14817-MJJ |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs .

Date: 10/27/2026

/s/ Hussein Elbakri
*Attorney's signature*

Hussein Elbashir Elbakri, PHV, NY 5712666
*Printed name and bar number*

International Refugee Assistance Project
One Battery Park Plaza, 33rd Floor
New York, NY 10004
*Address*

helbakri@refugeerights.org
*E-mail address*

(646) 532-8357
*Telephone number*

(516) 324-2667
*FAX number*

Print Save As... Reset