AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS, et al.,
*Plaintiff*
v.
JOSEPH B. EDLOW, et al.
*Defendant*

Case No. 1:26-cv-14817 (MJJ)

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Plaintiffs. .

Date: 10/28/2026

/s/ Guadalupe Aguirre
*Attorney's signature*

Guadalupe Aguirre NY Bar No. 5536107
*Printed name and bar number*

International Refugee Assistance Project
One Battery Park Plaza, FL 33
New York, N.Y. 10004
*Address*

LAguirre@refugeerights.org
*E-mail address*

(929) 246-0154
*Telephone number*

(516) 324-2267
*FAX number*