**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS, *et al.*,

*Plaintiffs*,

v.

JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services, *et al.*,

*Defendants*.

Case No. 1:26-cv-14817-MJJ

**PLAINTIFFS' MOTION FOR *PRO HAC VICE***
**ADMISSION OF BOBBI ZAHN**

Pursuant to Local Rule 83.5.3, Plaintiffs move for the *pro hac vice* admission of their counsel Bobbi Zahn as counsel for Plaintiffs in the above-titled action. As grounds, Plaintiffs state that:

1. Ms. Bobbi Zahn is admitted to practice law with the bars of the State of Tennessee and State of New York, the United States District Court for the Southern District of New York, and the United States Court of Appeals for the Fifth Circuit. As set forth in Bobbi Zahn's declaration, attached as **Exhibit A**, she is admitted and an active member in good standing with all bars of which she is a member, has not been suspended or disbarred in any jurisdiction, has no disciplinary proceedings pending against her, has not previously had a *pro hac vice* admission or other limited admission to this court revoked for misconduct, and has read and agrees to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

This motion is supported and signed by Gideon J. Duke-Cohan, an active and sponsoring member of the Bar of this Court. Plaintiffs respectfully request that this Court grant the admission of attorney Bobbi Zahn *pro hac vice* to the Bar of this Court.

Dated: October 29, 2026
Boston, MA

Respectfully submitted,

By: *<u>/s/ Gideon J. Duke-Cohan</u>*

Gideon J. Duke-Cohan (MA BBO# 716358)
**ALLEN OVERY SHEARMAN STERLING US LLP**
One Beacon Street
Boston, MA 02108
Tel: +1212-610-6353
Email: gideon.duke-cohan@aoshearman.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that, on October 29, 2026, Plaintiffs' counsel caused the foregoing to be emailed to:

August Flentje
Deputy Director
U.S. Department of Justice, Civil Division, Office of Immigration Litigation
august.flentje@usdoj.gov

Papu Sandhu
Acting Senior Counsel for District Court Litigation
U.S. Department of Justice, Civil Division, Office of Immigration Litigation
Papu.Sandhu@usdoj.gov

Rayford Farquhar
Chief, Defensive Litigation, Civil Division
U.S. Attorney's Office for the District of Massachusetts
rayford.farquhar@usdoj.gov

Plaintiffs' counsel also caused the foregoing to be served on the U.S. Attorney's Office for the District of Massachusetts by courier and certified priority mail and to be served on Defendants and the Attorney General by certified priority mail.

*/s/ Gideon J. Duke-Cohan*
Gideon J. Duke-Cohan

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-14817-MJJ |

**DECLARATION OF BOBBI ZAHN**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Bobbi Zahn, hereby certify and state:

1. I am an attorney at Allen Overy Shearman Sterling US LLP.

2. My business address is 599 Lexington Avenue, New York, NY 10022. My business telephone number is: (212) 848 5213. My business fax is: (646) 848 7179. My email address is: bobbi.zahn@aoshearman.com.

3. I am a member in good standing of the Bars of:

   a) Tennessee;
   b) New York;
   c) United States District Court for the Southern District of New York; and
   d) United States Court of Appeals for the Fifth Circuit.

   I have no pending disciplinary proceedings against me in any jurisdiction.

4. I have not been denied admission, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before any bar, or before this Court or any other court.

5. I have not previously had a *pro hac vice* admission or other limited admission to this court revoked for misconduct.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 29, 2026
New York, NY

Respectfully submitted,

By: */s/ Bobbi Zahn*

Bobbi Zahn (NY Bar No. 6000285)
Allen Overy Shearman Sterling US LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 848 5213
Fax: (646) 848 7179
Email: bobbi.zahn@aoshearman.com

*Attorney for Plaintiffs*