**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-14817-MJJ |

**PLAINTIFFS' MOTION TO PROVIDE REMOTE PUBLIC ACCESS**
**FOR HEARING ON NOVEMBER 3, 2026**

Plaintiffs respectfully request that this Court authorize a public access line (or virtual meeting link) for the upcoming November 3, 2026, hearing on Plaintiffs' motion for preliminary relief. *See* Doc. No. 26. As Plaintiffs have alleged in their complaint, Doc. No. 1, and in their briefing in support of their Motion for a Stay of Agency Action, Doc. No. 5, this case involves important issues of urgent concern to potentially hundreds of thousands of resettled refugees across the United States. In addition, Plaintiffs and counsel, several of whom cannot attend the hearing in person, have an interest in observing the hearing. Plaintiffs' counsel contacted counsel for Defendants regarding this request but were unable to obtain their position.

Plaintiffs Partnership for the Advancement of New Americans, Jewish Family Service of Western Massachusetts, International Institute of New England, African Communities Together, HIAS, and Refugee Council USA are non-profit organizations that employ and/or count as members many individuals located across the country with a profound interest in the legality of the rules challenged in this litigation. Similarly, several named Plaintiffs cannot attend the November 3 hearing in person. Three individual Plaintiffs reside in other states, and all individual

Plaintiffs seek to proceed in this litigation under pseudonyms, *see* Doc Nos. 8–9, and may risk being identified as plaintiffs should they attend in person. A public access line would allow all Plaintiffs, including the organizational Plaintiffs' staff and members, for whom in-person attendance is not feasible, to access these proceedings.

In addition, there is a substantial public interest in these proceedings, and the Trump administration's attacks on refugees have received significant media attention.[1] Our Constitution has long recognized the importance of the public's access to the courtroom. *See, e.g.*, *Craig v. Harney*, 331 U.S. 367, 374 (1947) (noting that "[w]hat transpires in the court room is public property"). And providing additional access to the hearing in this case will help ensure that the "discussion of government affairs is an informed one." *Globe Newspaper Co. v. Superior Court*, 457 U.S. 596, 604-05 (1982) (internal citation and quotation omitted).

Lastly, providing a public access line would allow additional Plaintiffs' counsel located in other states and who cannot travel to Boston, to access these proceedings as well. For all these reasons, Plaintiffs respectfully request that this Court consider providing a public access line for the hearing on November 3, 2026.

Dated: October 29, 2026

Respectfully submitted,

*/s/ Hussein Elbakri*
Hussein Elbakri* (NY Bar No. 5712666)
Guadalupe Aguirre* (NY Bar 5536107)
Kimberly Grano* (NY Bar No. 5858808)
Ghita Schwarz* (NY Bar No. 3030087)
Pedro Sepulveda* (NY Bar No. 6198550)
**INTERNATIONAL REFUGEE**

Erez Reuveni (MA BBO No. 666769)
Jennie L. Kneedler* (DC Bar No. 500261)
Cynthia Liao* (DC Bar No. 90036947)
Steven Y. Bressler* (DC Bar No. 482492)
Robin F. Thurston* (DC Bar No. 1531399)

[1] *See, e.g.*, Sophie Brams, *Trump Administration Sued Over Refugee Policy Changes*, The Hill (Oct. 26, 2026), https://thehill.com/regulation/court-battles/6172794-advocacy-groups-sue-trump-refugee-policy/; Billal Rahman, *Refugee Green Card 'Freezing' Hit With Class Action Lawsuit*, Newsweek (Oct. 27, 2026), https://www.newsweek.com/refugee-green-card-freezing-hit-with-class-action-lawsuit-12622919; Gisela Salomon, et al., *These Refugees Were Already Admitted to the U.S. The Trump Administration Is Detaining & Questioning Them Anyway*, PBS News (Feb. 27, 2026), https://www.pbs.org/newshour/nation/these-refugees-were-already-admitted-to-the-u-s-the-trump-administration-is-detaining-and-questioning-them-anyway.

**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
ereuveni@democracyforward.org
jkneedler@democracyforward.org
cliao@democracyforward.org
sbressler@democracyforward.org
rthurston@democracyforward.org

John Nathanson (NY Bar No. 2630697)*
Andrew Tannenbaum (NY Bar No. 3940434)*
Leila Siddiky (NY Bar No. 5225164)*
**ALLEN OVERY SHEARMAN STERLING US LLP**
599 Lexington Avenue
New York, NY 10022
212-848-4000
john.nathanson@aoshearman.com
andrew.tannenbaum@aoshearman.com
leila.siddiky@aoshearman.com

Emily Westridge Black
(TX Bar No. 24060815)*
**ALLEN OVERY SHEARMAN STERLING US LLP**
300 West 6th Street
Austin, TX 78701
512-647-1909
emily.westridgeblack@aoshearman.com

Gideon J. Duke-Cohan (MA BBO# 716358)
**ALLEN OVERY SHEARMAN STERLING US LLP**
One Beacon Street
Boston, MA 02108
212-610-6353
gideon.duke-cohan@aoshearman.com

**ASSISTANCE PROJECT**
One Battery Plaza, 33rd floor
New York, New York 10004
Telephone: (646) 939-9169
Facsimile: (516) 324-2267
helbakri@refugeerights.org
laguirre@refugeerights.org
kgrano@refugeerights.org
gschwarz@refugeerights.org
psepulveda@refugeerights.org

Dalia Fuleihan* (IL Bar No. 6335082)
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
P.O. Box 47611
Chicago, IL 60647
Telephone: (646) 740-6271
Facsimile: (516) 324-2267
dfuleihan@refugeerights.org

*Counsel for All Plaintiffs*

* Admitted *pro hac vice*

**LOCAL RULE 7.1 CERTIFICATE**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that Plaintiffs' counsel sought to confer with counsel for the Defendants prior to filing this motion but were unable to obtain their position.

**CERTIFICATE OF SERVICE**

I certify that, on October 29, 2026, Plaintiffs' counsel emailed the foregoing to:

August Flentje
Deputy Director
U.S. Department of Justice, Civil Division, Office of Immigration Litigation
august.flentje@usdoj.gov

Papu Sandhu
Acting Senior Counsel for District Court Litigation
U.S. Department of Justice, Civil Division, Office of Immigration Litigation
Papu.Sandhu@usdoj.gov

Rayford Farquhar
Chief, Defensive Litigation, Civil Division
U.S. Attorney's Office for the District of Massachusetts
rayford.farquhar@usdoj.gov

Plaintiffs' counsel also caused the foregoing to be served on the U.S. Attorney's Office for the District of Massachusetts and the U.S. Department of Justice, Civil Division, Office of Immigration Litigation by mail.

Dated: October 29, 2026

*/s/ Hussein Elbakri*
Hussein Elbakri