AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| Partnership for the Advancement of New Americans, et<br>*Plaintiff*<br>v.<br>Joseph B. Edlow, et al.<br>*Defendant* | ) ) ) ) ) | Case No. 1:26-cv-14817-MJJ |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants .

Date: 10/30/2026

/s/ Vincent Engingro III
*Attorney's signature*

Vincent Engingro III
*Printed name and bar number*

Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
*Address*

Vincent.Engingro@usdoj.gov
*E-mail address*

(617) 748-3100
*Telephone number*

*FAX number*