**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS, *et al.*,

*Plaintiffs*,

v.

JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services, *et al.*,

*Defendants*.

Case No. 1:26-cv-14817-MJJ

**PLAINTIFFS' MOTION TO CONTINUE THE NOVEMBER 24, 2026 HEARING**

Plaintiffs by and through counsel respectfully request that the Court continue the hearing in this matter presently scheduled for November 24, 2026 at 11 a.m. to a new date, as proposed below. Good cause exists for this request. Undersigned counsel, who will be responsible for presenting argument on the merits of Plaintiffs' claims, has long-planned travel commitments the week of Thanksgiving and would not be able to attend the November 24 hearing as a result.

The parties conferred and counsel for both parties are available November 20, 2026. Should the Court reschedule the hearing to that date, Plaintiffs respectfully propose that the Court modify the briefing schedule to require Defendants to submit their brief no later than November 12, and Plaintiffs to submit their reply no later than November 18.[1]

The parties could not agree on additional dates. Recognizing that the Court may not be available November 20, Plaintiffs propose several potential alternatives, including:

- November 23, 2026.

[1] Defendants' counsel's position on this request is as follows: "I only consent to 11/20 if you shorten your deadline for your reply. More than one day, as that is not reasonable for review. I will not agree to shorten my deadline to the opposition."

- December 1, 2026.
- Any date convenient to the Court the week of December 7, 2026 (Dec. 7-11). Should the Court select this date, Plaintiffs respectfully request that the Court extend the administrative stay to allow sufficient time for the Court to rule on the pending motion. Defendants' counsel informed Plaintiffs that Defendants oppose extending the stay if a hearing is scheduled for that week.

Dated: November 3, 2026

Respectfully submitted,

*/s/ Erez Reuveni*
Erez Reuveni (MA BBO No. 666769)
Jennie L. Kneedler* (DC Bar No. 500261)
Cynthia Liao* (DC Bar No. 90036947)
Steven Y. Bressler* (DC Bar No. 482492)
Robin F. Thurston* (DC Bar No. 1531399)
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
ereuveni@democracyforward.org
jkneedler@democracyforward.org
cliao@democracyforward.org
sbressler@democracyforward.org
rthurston@democracyforward.org

John Nathanson (NY Bar No. 2630697)*
Andrew Tannenbaum (NY Bar No. 3940434)*
Leila Siddiky (NY Bar No. 5225164)*
Bobbi Zahn (NY Bar No. 6000285)*
**ALLEN OVERY SHEARMAN STERLING US LLP**
599 Lexington Avenue
New York, NY 10022
212-848-4000
john.nathanson@aoshearman.com
andrew.tannenbaum@aoshearman.com
leila.siddiky@aoshearman.com
bobbi.zahn@aoshearman.com

Emily Westridge Black (TX Bar No. 24060815)*
**ALLEN OVERY SHEARMAN STERLING US LLP**

Hussein Elbakri* (NY Bar No. 5712666)
Guadalupe Aguirre* (NY Bar 5536107)
Kimberly Grano* (NY Bar No. 5858808)
Ghita Schwarz* (NY Bar No. 3030087)
Pedro Sepulveda* (NY Bar No. 6198550)

**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
One Battery Plaza, 33rd floor
New York, New York 10004
Telephone: (646) 939-9169
Facsimile: (516) 324-2267
helbakri@refugeerights.org
laguirre@refugeerights.org
kgrano@refugeerights.org
gschwarz@refugeerights.org
psepulveda@refugeerights.org

Dalia Fuleihan* (IL Bar No. 6335082)
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
P.O. Box 47611
Chicago, IL 60647
Telephone: (646) 740-6271
Facsimile: (516) 324-2267
dfuleihan@refugeerights.org

300 West 6th Street
Austin, TX 78701
512-647-1909
emily.westridgeblack@aoshearman.com

Gideon J. Duke-Cohan (MA BBO# 716358)
**ALLEN OVERY SHEARMAN STERLING US LLP**
One Beacon Street
Boston, MA 02108
212-610-6353
gideon.duke-cohan@aoshearman.com

*Counsel for All Plaintiffs*

* Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2026, I caused the foregoing to be electronically filed with the clerk of the court for the U.S. District Court for the District of Massachusetts by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, a true and correct copy of the foregoing instrument and all attachments.

*/s/ Erez Reuveni*
Erez Reuveni