**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-HARVARD FACULTY CHAPTER; BOSTON UNIVERSITY CHAPTER OF THE AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS; SERVICE EMPLOYEES INTERNATIONAL UNION; SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 509; 32BJ SERVICE EMPLOYEES INTERNATIONAL UNION; AMERICANS FOR IMMIGRANT JUSTICE; ARELI ESMERALDA ROJAS CORREA; MIRIAM ESTHER MORENO COTO; MARIA FRANCISCA GUARDADO; IKECHI OBINNA NWAOZUZU; DERLY SNEIT SIERRA PALACIOS; and JULIETH MELISSA CAMARGO FIGUEROA,

*Plaintiffs*,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; and JOSEPH B. EDLOW, in his official capacity as the Director of USCIS,

*Defendants*.

Case No. 26-cv-14527-ADB

**JOINT MOTION PROPOSING A SCHEDULE FOR FURTHER PROCEEDINGS**

Plaintiffs filed their Complaint on October 5, 2026, in which they challenge two policies issued by U.S. Citizenship and Information Services (USCIS) on May 21, 2026, PM-602-0199, "Adjustment of Status is a Matter of Discretion and Administrative Grace, and an Extraordinary Relief that Permits Applicants to Dispense with the Ordinary Consular Visa Process," and another issued on August 5, 2026, "Evidence, Requests for Evidence, and Notices of Intent to Deny." ECF 1 at ¶¶ 5-6. Plaintiffs challenge these policies under the Administrative Procedure Act and the Fifth Amendment to the United States Constitution. Defendants' deadline to file a responsive pleading is December 7, 2026. ECF 21.

The Parties, by and through counsel, have conferred, and agree that this matter may be amenable to resolution by cross-motions for summary judgment. The Parties further agree and propose that the Court hold in abeyance Count VI of the complaint. *See* Compl. ¶¶ 223-26.

Accordingly, having met and conferred, the Parties propose the following schedule for the Court's consideration:

1. **Administrative Record**. Defendants shall produce the administrative record for both policies challenged in this case by November 20, 2026.

2. **Briefing Schedule**. The parties will file cross-motions for summary judgment on Claims I-V of the Complaint. Plaintiffs shall file their Motion for Summary Judgment by December 22, 2026. Defendants will file their Opposition and Cross-Motion for Summary Judgment by January 22, 2027. Plaintiffs shall file a consolidated Reply and Opposition by February 19, 2027. Defendants shall file a Reply by March 12, 2027.

3. **Defendants' Answer**. The Parties agree that the deadline for Defendants to file their Answer to the Complaint should be suspended until after resolution of the cross-motions for summary judgment, if the case is not resolved at that juncture, provided that Defendants will not

raise the fact that no answer or responsive pleading has been filed as grounds to oppose discovery should Plaintiffs seek it.[1]

Dated: November 5, 2026

Respectfully submitted


Leslie K. Dellon* (DC Bar No. 250316)
Christopher Opila* (DC Bar No. 6046494)
Rebecca Cassler* (DC Bar No. 90017398)
**AMERICAN IMMIGRATION COUNCIL**
PMB2026
2001 L Street NW, Suite 500
Washington, DC 20036
Telephone: (202) 507-7530 (Dellon)
ldellon@immcouncil.org
copila@immcouncil.org
rcassler@immcouncil.org

Sarah Wilson*
David Kim*
**COLOMBO & HURD PL**
301 E. Pine Street, Suite 450
Orlando, FL 32801
(407) 478-1111
swilson@colombohurd.com
dkim@colombohurd.com

<u>*/s/ Erez Reuveni*</u>
Erez Reuveni (MA BBO No. 666769)
Briana M. Clark* (DC Bar No. 1735505)
Lisa Graybill* (TX Bar No. 24054454)
Robin F. Thurston* (DC Bar No. 1531399)
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
Phone: (202) 316-9538 (Reuveni)
ereuveni@democracyforward.org
bclark@democracyforward.org
lgraybill@democracyforward.org
rthurston@democracyforward.org

Jennifer R. Coberly* (DC Bar No. 90031302)
**AMERICAN IMMIGRATION LAWYERS ASSOCIATION**
1331 G. St. NW
Washington, DC 20005
Phone: 202-507-7692
Jcoberly@AILA.org


*Counsel for All Plaintiffs*

*Admitted *pro hac vice*

*Counsel for Defendants*


LEAH B. FOLEY
United States Attorney

By: <u>*/s/ Mark Sauter*</u>
Mark Sauter
Assistant United States Attorney


[1] Defendants do not believe discovery is warranted in this matter. *See Atieh v. Riordan*, 727 F.3d 73, 75 (1st Cir. 2013) (explaining that "APA review, however, involves neither discovery nor trial … [and] "[t]he focal point of APA review is the existing administrative record.").

United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3347
Email: mark.sauter@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2026, I caused the foregoing to be electronically filed with the clerk of the court for the U.S. District Court for the District of Massachusetts by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, a true and correct copy of the foregoing instrument and all attachments.

I also caused a copy of this filing to be emailed to Assistant United States Attorney Mark Sauter, counsel for Defendants in this matter.

/s/ Erez Reuveni
Erez Reuveni