**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS, et al.,<br><br>Plaintiffs,<br>v.<br><br>JOSEPH B. EDLOW, et al.,<br><br>Defendants. | Civil Action No. 1:26-cv-14817-MJJ |

**MOTION FOR EXTENSION OF TIME**

Now come the Defendants, by and through undersigned counsel, and hereby respectfully request additional time to file a response to Plaintiffs Motion for Class Certification. *See* ECF No. 17. Pursuant to Local Rule 7.1(b)(2), Defendants opposition is due today, November 9, 2026. However, Defendants are still in the process of reviewing all filings related to this matter. Due to the large number of filings related to this matter and competing priorities, Defendants respectfully request additional time to provide an adequate response. As such, the Defendants respectfully request an extension of time to November 13, 2026, to file an opposition to Plaintiffs Motion for Class Certification.

Dated: November 9, 2026

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: /s/ *Vincent Engingro III*
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3100
Email: Vincent.engingro@usdoj.gov

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

I, Vincent Engingro III, Assistant United States Attorney certify that, I attempted to speak to Plaintiffs counsel, but was unable to reach Plaintiffs counsel by the time of this filing.

Dated: November 9, 2026

By: /s/ *Vincent Engingro III*
Vincent Engingro III
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I, Vincent Engingro III, Assistant United States Attorney, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants.

Dated: November 9, 2026

By: /s/ *Vincent Engingro III*
Assistant United States Attorney