**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS, et al.,<br><br>Plaintiffs,<br>v.<br><br>JOSEPH B. EDLOW, et al.,<br><br>Defendants. | Civil Action No. 1:26-cv-14817-MJJ |

**MOTION FOR LEAVE TO FILE MEMORANDUM EXCEEDING TWENTY PAGES**

Now come the Defendants, by and through undersigned counsel, and hereby respectfully request leave to file a memorandum in excess of twenty pages in opposition to Plaintiffs' Motion for Stay under 5 U.S.C. § 705. ECF No. 4. The Plaintiffs' Motion details not only a challenge to a United States Citizenship and Immigration Services Memorandum ("USCIS Memo"), but also an Interim Final Rule ("IFR"). Given the complexity of the instant matter, the claims for relief, number of plaintiffs, history and background of the USCIS memo and IFR, and also the very short timeframe to properly address the Motion for Stay including with competing priorities, the Defendants believe good cause exists to request leave to file a slightly overlength opposition. As such, Defendants respectfully request this Court grant the Motion for Leave to file a memorandum in opposition to the Motion for Stay exceeding twenty pages.

Dated: November 16, 2026

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: *_/s/ Vincent Engingro III_*
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3100
Email: Vincent.engingro@usdoj.gov

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

I, Vincent Engingro III, Assistant United States Attorney certify that, I spoke to Plaintiffs' counsel regarding this motion and Plaintiffs' counsel consents to such motion.

Dated: November 16, 2026

By: *_/s/ Vincent Engingro III_*
Vincent Engingro III
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I, Vincent Engingro III, Assistant United States Attorney, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants.

Dated: November 16, 2026

By: *_/s/ Vincent Engingro III_*
Assistant United States Attorney