**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-14817-MJJ |

**PLAINTIFFS' ASSENTED TO MOTION FOR LEAVE TO FILE REPLY BRIEF EXCEEDING FIVE PAGES**

Plaintiffs respectfully request leave to file a reply brief of up to 24 pages in support of Plaintiffs' motion for a stay of agency action under 5 U.S.C. § 705. While this Court's standing order does not specifically address reply briefs for motions for emergency relief, in an abundance of caution, Plaintiffs request leave to exceed the 5-page limit for other types of reply briefs. Standing Order Regarding Motion Practice ¶ B.3; *cf.* Local Rule 7.1(b)(4) (permitting overlength memoranda with leave of court).

Plaintiffs have good cause to request leave to file an overlength brief. As discussed in Plaintiffs' previous motion for leave to file an overlength memorandum of law, Doc No. 6, which this Court granted, Doc. No. 25, this case implicates the right of refugees to adjust to lawful permanent resident status and have a fair opportunity to respond before the government terminates their refugee status. The case involves multiple plaintiffs and claims and a detailed statutory and regulatory regime. Defendants have also raised jurisdictional issues that must be addressed. *See* Doc No. 50 at 12-17. Additional space will aid the Court in resolving the issues presented.

Pursuant to Local Rule 7.1(a)(2), counsel for Plaintiffs certify that on November 19, 2026, at 9:39 am, they emailed counsel for Defendants asking for their position on this motion. Defendants assent to this motion.

Dated: November 19, 2026

Respectfully submitted,

*/s/ Erez Reuveni*
Erez Reuveni (MA BBO No. 666769)
Jennie L. Kneedler* (DC Bar No. 500261)
Cynthia Liao* (DC Bar No. 90036947)
Steven Y. Bressler* (DC Bar No. 482492)
Robin F. Thurston* (DC Bar No. 1531399)
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
ereuveni@democracyforward.org
jkneedler@democracyforward.org
cliao@democracyforward.org
sbressler@democracyforward.org
rthurston@democracyforward.org

John Nathanson (NY Bar No. 2630697)*
Andrew Tannenbaum (NY Bar No. 3940434)*
Leila Siddiky (NY Bar No. 5225164)*
**ALLEN OVERY SHEARMAN STERLING US LLP**
599 Lexington Avenue
New York, NY 10022
212-848-4000
john.nathanson@aoshearman.com
andrew.tannenbaum@aoshearman.com
leila.siddiky@aoshearman.com

Emily Westridge Black (TX Bar No. 24060815)*
**ALLEN OVERY SHEARMAN STERLING US LLP**
300 West 6th Street
Austin, TX 78701
512-647-1909
emily.westridgeblack@aoshearman.com

Gideon J. Duke-Cohan (MA BBO# 716358)

Hussein Elbakri* (NY Bar No. 5712666)
Guadalupe Aguirre* (NY Bar 5536107)
Kimberly Grano* (NY Bar No. 5858808)
Ghita Schwarz* (NY Bar No. 3030087)
Pedro Sepulveda* (NY Bar No. 6198550)

**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
One Battery Plaza, 33rd floor
New York, New York 10004
Telephone: (646) 939-9169
Facsimile: (516) 324-2267
helbakri@refugeerights.org
laguirre@refugeerights.org
kgrano@refugeerights.org
gschwarz@refugeerights.org
psepulveda@refugeerights.org

Dalia Fuleihan* (IL Bar No. 6335082)
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
P.O. Box 47611
Chicago, IL 60647
Telephone: (646) 740-6271
Facsimile: (516) 324-2267
dfuleihan@refugeerights.org

**ALLEN OVERY SHEARMAN STERLING US LLP**
One Beacon Street
Boston, MA 02108
212-610-6353
gideon.duke-cohan@aoshearman.com

*Counsel for All Plaintiffs*

* Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on this November 19, 2026, I caused the foregoing to be electronically filed with the clerk of the court for the U.S. District Court for the District of Massachusetts by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, a true and correct copy of the foregoing instrument and all attachments.

/s/ Erez Reuveni
Erez Reuveni