**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-14817-MJJ |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' ASSENTED TO MOTION FOR LEAVE TO FILE REPLY BRIEF EXCEEDING 5 PAGES**

IT IS HEREBY ORDERED that Plaintiffs' motion to file a reply brief in excess of 5 pages is GRANTED. Plaintiffs may file a brief up to 24 pages.

Dated: ________________

______________________________
The Honorable Myong J. Joun
United States District Judge