## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

**Partnership for the Advancement of New Americans, et al.**
**Plaintiff**

**Case Number: 1:26?CV?14817**

**vs**

**Joseph B. Edlow, et al.**
**Defendant**

## AFFIDAVIT OF SERVICE

Now comes, Cynthia Paris the undersigned and does hereby swear and affirm, affiant is a Private Process Server and disinterested Person over the age of eighteen. Affiant is not a party in the above styled cause and has a legal domicile in Boston, MA.

I, Cynthia Paris certify that on, **10/26/2026**, at **3:33 PM**, I served a copy of the within ***See List of Documents Served upon the within named*** **U.S. Attorney's Office for the District of Massachusetts, Attn: U.S. Attorney Leah B Foley, John Joseph Moakley United States Federal Courthouse**, in the following manner,

**(xx)** **Corporate/Partnership Service:** Through Personal Service of each document, a true copy to **Kavyn, County Clerk,** whom based on information and belief affiant knew said individual to be a person authorized to accept service on behalf of **U.S. Attorney's Office for the District of Massachusetts, Attn: U.S. Attorney Leah B Foley, John Joseph Moakley United States Federal Courthouse.**

Said service was effected at the following location: **1 Courthouse Way #9200, Boston, MA 02210.**

I, Cynthia Paris describe the individual accepting service **Kavyn** as follows: **Kavyn,** is a White Female, approximately 30 yrs. old, with Brown hair, approximately 5'4" and weighing 130 lb.

I, Cynthia Paris certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

10/27/2026
*Date*

Cynthia Paris

**Cynthia Paris**
PO Box 230261
Boston, MA 02123

90314

**LIST OF DOCUMENTS SERVED**

1. Summons in a Civil Action
2. Class Action Complaint, Certification of Basis for Related Case
3. Complaint Exhibit 1
4. Declaration of Erez Reuveni
5. Declaration of Erez Reuveni Exhibits 1-25
6. Plaintiffs' Emergency Motion for an Administrative Stay and a Stay of Agency Action
7. Certificate of Service for Plaintiffs' Emergency Motion for an Administrative Stay and a Stay of Agency Action
8. Proposed Order Granting Motion for Class Certification and Motion for Stay of Agency Action
9. Proposed Order Granting Administrative Stay
10. Memorandum in Support of Plaintiffs' Motion for an Administrative Stay and a Stay of Agency Action
11. Certificate of Service for Memorandum in Support of Plaintiffs' Motion for an Administrative Stay and a Stay of Agency Action
12. Plaintiffs' Motion for Leave to File Memorandum Exceeding Twenty Pages
13. Certificate of Service for Plaintiffs' Motion for Leave to File Memorandum Exceeding Twenty Pages
14. Proposed Order Granting Plaintiffs' Motion for Leave to File Memorandum Exceeding Twenty Pages
15. Individual Plaintiffs' Motion for Leave to Proceed under Pseudonyms
16. Certificate of Service for Individual Plaintiffs' Motion for Leave to Proceed under Pseudonyms
17. Proposed Order Granting Individual Plaintiffs' Motion for Leave to Proceed under Pseudonyms
18. Memorandum in Support of Individual Plaintiffs' Motion for Leave to Proceed under Pseudonyms
19. Certificate of Service for Memorandum in Support of Individual Plaintiffs' Motion for Leave to Proceed under Pseudonyms

USDC RECEIVED
OCT 26 '26 PM3:33

# UNITED STATES DISTRICT COURT
for the
# DISTRICT OF MASSACHUSETTS

**PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS, ET AL.**
*Plaintiff*

v.

**JOSEPH B. EDLOW, ET AL.**
*Defendant*

Civil Action No.:
**1:26–CV–14817–RGS**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* **U.S. Attorney's Office for the District of Massachusetts**
**Attn: U.S. Attorney Leah B Foley**
**John Joseph Moakley United States Federal Courthouse**
**1 Courthouse Way #9200**
**Boston, MA 02210**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Erez Reuveni**
**Democracy Forward Foundation**
**P.O. Box 34553**
**Washington, D.C. 20043**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

**/s/ – Jacqueline Martin**
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SUMMONS
DISTRICT OF MASSACHUSETTS

**ISSUED ON 2026–10–26 11:40:08, Clerk USDC DMA**

Civil Action No.: **1:26–CV–14817–RGS**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) U.S. Attorney's Office for the District of Massachusetts Attn: U.S. Attorney Leah B. Foley was received by me on (date) 10/26/2026 .

☐ I personally served the summons on the individual at (place) ______ on (date) ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) ______, a person of suitable age and discretion who resides there, on (date) ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) Kavyn ( Court Clerk ) , who is designated by law to accept service of process on behalf of (name of organization) U.S. Attorney's Office for District of Massachusetts Attn: U.S. Attorney Leah B. Foley, John Joseph Moakley, U.S. Federal Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02210 on (date) 10/26/2026 ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other (specify) :

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______.

I declare under penalty of perjury that this information is true.

October 26, 2026
Date

[signature]
*Server's Signature*

Cynthia Paris, Process Server
*Printed name and title*

Torri's Legal Services
18403 Woodfield Rd., Suite A
Gaithersburg, md. 20878
*Server's Address*

Additional information regarding attempted service, etc:

Documenrs Served:: Summons in a Civil Action; Class Action Complaint for Vacatur, Preliminary and Permanent Injunctive Relief and Declaratory Relief; with Exhibits 1 through 25

Description: Caucasian, Female, 30 yrs, 5' 4", 130 lbs, brown hair