**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

**Partnership for the Advancement of New Americans, et al.**
**Plaintiff**

**Case Number: 1:26?CV?14817**

**vs**

**Joseph B. Edlow, et al.**
**Defendant**

## AFFIDAVIT OF SERVICE

Now comes, Cynthia Paris the undersigned and does hereby swear and affirm, affiant is a Private Process Server and disinterested Person over the age of eighteen. Affiant is not a party in the above styled cause and has a legal domicile in Boston, MA.

I, Cynthia Paris certify that on, **10/27/2026**, at **1:59 PM**, I served a copy of the within ***See List of Documents Served Attached upon the within named*** **U.S. Attorney's Office for the District of Massachusetts, Attn: U.S. Attorney Leah B Foley, John Joseph Moakley United States Federal Courthouse**, in the following manner,

**(xx)** **Corporate/Partnership Service:** Through Personal Service of each document, a true copy to **Michael (Refused Last Name), Court Clerk,** whom based on information and belief affiant knew said individual to be a person authorized to accept service on behalf of **U.S. Attorney's Office for the District of Massachusetts, Attn: U.S. Attorney Leah B Foley, John Joseph Moakley United States Federal Courthouse**.

Said service was effected at the following location: **1 Courthouse Way #9200, Boston, MA 02210.**

I, Cynthia Paris describe the individual accepting service **Michael (Refused Last Name)** as follows: **Michael (Refused Last Name)**, is a White Male, approximately 40 yrs. old, with Black hair, approximately 5'8" and weighing 155 lbs. .

I, Cynthia Paris certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

10/28/2026
*Date*

90331

Cynthia Paris
**Cynthia Paris**
PO Box 230261
Boston, MA 02123

**LIST OF DOCUMENTS SERVED**

1. Summons & Complaint
2. Certification of Basis for Related Case
3. Complaint Exhibit 1
4. Declaration of Erez Reuveni
5. Declaration of Erez Reuveni Exhibits 1-25
6. Plaintiffs' Emergency Motion for an Administrative Stay and a Stay of Agency Action
7. Certificate of Service for Plaintiffs' Emergency Motion for an Administrative Stay and a Stay of Agency Action
8. Memorandum in Support of Plaintiffs' Motion for an Administrative Stay and a Stay of Agency Action
9. Certificate of Service for Memorandum in Support of Plaintiffs' Motion for an Administrative Stay and a Stay of Agency Action
10. Motion for Class Certification
11. Certificate of Service for Motion for Class Certification
12. Memorandum in Support of Plaintiffs' Motion for Class Certification
13. Certificate of Service for Memorandum in Support of Plaintiffs' Motion for Class Certification
14. Proposed Order Granting Motion for Class Certification and Motion for Stay of Agency Action
15. Proposed Order Granting Administrative Stay
16. Plaintiffs' Motion for Leave to File Memorandum Exceeding Twenty Pages
17. Certificate of Service for Plaintiffs' Motion for Leave to File Memorandum Exceeding Twenty Pages
18. Proposed Order Granting Plaintiffs' Motion for Leave to File Memorandum Exceeding Twenty Pages
19. Individual Plaintiffs' Motion for Leave to Proceed under Pseudonyms
20. Certificate of Service for Individual Plaintiffs' Motion for Leave to Proceed under Pseudonyms
21. Memorandum in Support of Individual Plaintiffs' Motion for Leave to Proceed under Pseudonyms
22. Certificate of Service for Memorandum in Support of Individual Plaintiffs' Motion for Leave to Proceed under Pseudonyms
23. Proposed Order Granting Individual Plaintiffs' Motion for Leave to Proceed under

Pseudonyms

24. Plaintiffs' Motion for Pro Hac Vice Admission of Cynthia Liao, Jennie L. Kneedler, Steven Y. Bressler, and Robin F. Thurston
25. Certificate of Service for Plaintiffs' Motion for Pro Hac Vice Admission of Cynthia Liao, Jennie L. Kneedler, Steven Y. Bressler, and Robin F. Thurston
26. Declaration of Jennie L. Kneedler
27. Delcaration of Cynthia Liao
28. Declaration of Steven Y. Bressler
29. Delcaration of Robin F. Thurston
30. Plaintiffs' Motion for Pro Hac Vice Admission of Ghita Schwarz, Hussein Elbakri, Guadalupe Aguirre, Dalia Fuleihan, Kimberly Grano, and Pedro Sepulveda
31. Certificate of Service for Plaintiffs' Motion for Pro Hac Vice Admission of Ghita Schwarz, Hussein Elbakri, Guadalupe Aguirre, Dalia Fuleihan, Kimberly Grano, and Pedro Sepulveda
32. Declaration of Guadalupe Aguirre
33. Declaration of Ghita Schwarz
34. Delcaration of Hussein Elbakri
35. Declaration of Dalia Fuleihan
36. Declaration of Kimberly Grano
37. Declaration of Pedro Sepulveda
38. Plaintiffs' Motion for Pro Hac Vice Admission of John Nathanson, Emily Westridge Black, Andrew Tannenbaum, and Leila Siddiky
39. Certificate of Service for Plaintiffs' Motion for Pro Hac Vice Admission of John Nathanson, Emily Westridge Black, Andrew Tannenbaum, and Leila Siddiky
40. Exhibits A-D

41. Order Granting Administrative Stay

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS, ET AL.**
*Plaintiff*

v.

**JOSEPH B. EDLOW, ET AL.**
*Defendant*

Civil Action No.:
**1:26–CV–14817–RGS**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. Attorney's Office for the District of Massachusetts
Attn: U.S. Attorney Leah B Foley
John Joseph Moakley United States Federal Courthouse
1 Courthouse Way #9200
Boston, MA 02210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Erez Reuveni
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – **Jacqueline Martin**
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT SUMMONS DISTRICT OF MASSACHUSETTS

**ISSUED ON 2026–10–26 11:40:08**, Clerk USDC DMA

USAO RECEIVED
OCT 27 '26 PM1:53

Civil Action No.: **1:26-CV-14817-RGS**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) U.S. Attorneys Office for the District of Massachusetts Attn: U.S. Attorney Leah B. Foley

was received by me on (date) 10/27/2026 .

☐ I personally served the summons on the individual at (place) ____________________

____________________ on (date) ____________________ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) ____________

____________________, a person of suitable age and discretion who resides there,

on (date) ____________ , and mailed a copy to the individual's last known address; or

X I served the summons on (name of individual) Michael (Court Clerk) , who is designated by law to accept service of process on behalf of (name of organization) Districe of Massachusetts Attn: U.S. Attorney Leah B. Foley John Joseph Moakley, United States Federal Courthouse 1 Courthouse Way, Suite 9200, Boston, MA 02210 on (date) 10/27/2026 ; or

☐ I returned the summons unexecuted because ____________________ ; or

☐ Other (specify) :

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______.

I declare under penalty of perjury that this information is true.

10/27/2026
Date

Cynthia Paris
*Server's Signature*

Cynthia Paris, Process Server
*Printed name and title*

Torri's Legal Services
18403 Woodfield Rd., Suite A
Gaithersburg, MD 20879
301-869-5081
*Server's Address*

Additional information regarding attempted service, etc:

Documents Served: Summons in a Civil Action; Class Action Complaint for Vacatur, Preliminary and Permanent Injunctive Relief, and Declaratory Relief; with Exhibits 1 through 25

Description: Caucasian, Male, 40 yrs, 5' 8", 155, black hair