# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

**Partnership for the Advancement of New Americans, et al.**
**Plaintiff**

**vs**

**Joseph B. Edlow, et al.**
**Defendant**

**Case Number: 1:26?CV?14817**

## AFFIDAVIT OF MAILING SERVICE

I, Jane Panjehshashi, the undersigned, and does hereby swear and affirm that affiant is a Private Process Server and disinterested Person over the age of eighteen. Affiant is not a party in this matter and has a business address of 18403 Woodfield Road, Suite A Gaithersburg, MD 20879.

I, Jane Panjehshashi, certify that on 10/27/2026, I mailed by Priority 2 Day Return Receipt Certified a copy of the within **"See Document List Attached"** upon the within named **Joseph B. Edlow, Director of U.S. Citizenship and Immigration Services, USCIS, Office of the Chief Counsel**, in the following manner,

**(XX) MAILING SERVICE:** By placing a true copy of each document in the United States mail, in a sealed envelope by Priority Mail 2-Day with Certified Mail #9402836208551275320376 with Return Receipt . The sealed envelope was signed for on **10/29/2026 .** (Exhibit A)

Addressed As Follows: **Joseph B. Edlow, Director of U.S. Citizenship and Immigration Services, USCIS, Office of the Chief Counsel, 5900 Capital Gateway Dr, Mail Stop 2120, Camp Springs, MD 20588-0009**

I, Jane Panjehshashi, certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

10/29/26
*Date*

90330

[signature]
**Jane Panjehshahi**
P.O. Box 18647
Washington, DC 20036
202-296-0222

Civil Action No. 1:26?CV?14817

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Joseph B. Edlow, Director of U.S. Citizenship and Immigration Services, USCIS, Office of the Chief Counsel

was received by me on *(date)* 10/27/2026 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☒ Other *(specify)*: **Mailed by Certified Mail 9402836208551275320376 to 5900 Capital Gateway Dr, Mail Stop 2120, Camp Springs, MD 20588-0009 on 10/27/2026. Service was signed for on 10/29/2026. (See Exhibit A)**

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: 10/29/2026

Jane Panjehshahi
*Server's signature*

Jane Panjehshahi, Process Server
*Printed name and title*

90330

P.O. Box 18647, Washington, DC 20036
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: "See Document List Attached"

UNITED STATES POSTAL SERVICE®

October 29, 2026

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8362 0855 1275 3203 76**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | October 29, 2026, 11:52 am |
| **Location:** | WASHINGTON, DC 20529 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™<br>Return Receipt Electronic<br>Up to $100 insurance included |
| **Recipient Name:** | JOSEPH B. EDLOW, DIRECTOR US CITZENSHIP & |

| Recipient Signature | |
|---|---|
| **Signature of Recipient:** | USCIS<br>TONY KITT |
| **Address of Recipient:** | 20529 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

EXHIBIT A

Joseph B. Edlow, Director US Citzenship &
Immigration Services USCIS, General Counsel
5900 Capital Gateway Drive
Mail Stop 2120
Camp Springs, MD 20588
Reference #: 90330
Item ID: 90330

**LIST OF DOCUMENTS SERVED**

1. Summons & Complaint
2. Certification of Basis for Related Case
3. Complaint Exhibit 1
4. Declaration of Erez Reuveni
5. Declaration of Erez Reuveni Exhibits 1-25
6. Plaintiffs' Emergency Motion for an Administrative Stay and a Stay of Agency Action
7. Certificate of Service for Plaintiffs' Emergency Motion for an Administrative Stay and a Stay of Agency Action
8. Memorandum in Support of Plaintiffs' Motion for an Administrative Stay and a Stay of Agency Action
9. Certificate of Service for Memorandum in Support of Plaintiffs' Motion for an Administrative Stay and a Stay of Agency Action
10. Motion for Class Certification
11. Certificate of Service for Motion for Class Certification
12. Memorandum in Support of Plaintiffs' Motion for Class Certification
13. Certificate of Service for Memorandum in Support of Plaintiffs' Motion for Class Certification
14. Proposed Order Granting Motion for Class Certification and Motion for Stay of Agency Action
15. Proposed Order Granting Administrative Stay
16. Plaintiffs' Motion for Leave to File Memorandum Exceeding Twenty Pages
17. Certificate of Service for Plaintiffs' Motion for Leave to File Memorandum Exceeding Twenty Pages
18. Proposed Order Granting Plaintiffs' Motion for Leave to File Memorandum Exceeding Twenty Pages
19. Individual Plaintiffs' Motion for Leave to Proceed under Pseudonyms
20. Certificate of Service for Individual Plaintiffs' Motion for Leave to Proceed under Pseudonyms
21. Memorandum in Support of Individual Plaintiffs' Motion for Leave to Proceed under Pseudonyms
22. Certificate of Service for Memorandum in Support of Individual Plaintiffs' Motion for Leave to Proceed under Pseudonyms
23. Proposed Order Granting Individual Plaintiffs' Motion for Leave to Proceed under

Pseudonyms
24. Plaintiffs' Motion for Pro Hac Vice Admission of Cynthia Liao, Jennie L. Kneedler, Steven Y. Bressler, and Robin F. Thurston
25. Certificate of Service for Plaintiffs' Motion for Pro Hac Vice Admission of Cynthia Liao, Jennie L. Kneedler, Steven Y. Bressler, and Robin F. Thurston
26. Declaration of Jennie L. Kneedler
27. Delcaration of Cynthia Liao
28. Declaration of Steven Y. Bressler
29. Delcaration of Robin F. Thurston
30. Plaintiffs' Motion for Pro Hac Vice Admission of Ghita Schwarz, Hussein Elbakri, Guadalupe Aguirre, Dalia Fuleihan, Kimberly Grano, and Pedro Sepulveda
31. Certificate of Service for Plaintiffs' Motion for Pro Hac Vice Admission of Ghita Schwarz, Hussein Elbakri, Guadalupe Aguirre, Dalia Fuleihan, Kimberly Grano, and Pedro Sepulveda
32. Declaration of Guadalupe Aguirre
33. Declaration of Ghita Schwarz
34. Delcaration of Hussein Elbakri
35. Declaration of Dalia Fuleihan
36. Declaration of Kimberly Grano
37. Declaration of Pedro Sepulveda
38. Plaintiffs' Motion for Pro Hac Vice Admission of John Nathanson, Emily Westridge Black, Andrew Tannenbaum, and Leila Siddiky
39. Certificate of Service for Plaintiffs' Motion for Pro Hac Vice Admission of John Nathanson, Emily Westridge Black, Andrew Tannenbaum, and Leila Siddiky
40. Exhibits A-D