## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

**Partnership for the Advancement of New Americans, et al.**
**Plaintiff**

**Case Number: 1:26-CV-14817**

**vs**

**Joseph B. Edlow, et al.**
**Defendant**

## AFFIDAVIT OF SERVICE

Now comes, Cynthia Paris the undersigned and does hereby swear and affirm, affiant is a Private Process Server and disinterested Person over the age of eighteen. Affiant is not a party in the above styled cause and has a legal domicile in Boston, MA.

I, Cynthia Paris certify that on, **10/30/2026**, at **12:25 PM**, I served a copy of the within ***Plaintiffs' Motion to Provide Remote Public Access for Hearing on November 3, 2026*** upon the within named **U.S. Attorney's Office for the District of Massachusetts, Attn: U.S. Attorney Leah B Foley, John Joseph Moakley United States Federal Courthouse**, in the following manner,

**(xx)** **Corporate/Partnership Service:** Through Personal Service of each document, a true copy to **Claire , Court Clerk,** whom based on information and belief affiant knew said individual to be a person authorized to accept service on behalf of **U.S. Attorney's Office for the District of Massachusetts, Attn: U.S. Attorney Leah B Foley, John Joseph Moakley United States Federal Courthouse.**

Said service was effected at the following location: **1 Courthouse Way #9200, Boston, MA 02210.**

I, Cynthia Paris describe the individual accepting service **Claire** as follows: **Claire** , is a White Female, approximately 25 yrs. old, with Brown hair, approximately 5'4" and weighing 125 lb.

I, Cynthia Paris certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

11/02/2026
*Date*

90415

Cynthia Paris
**Cynthia Paris**
PO Box 230261
Boston, MA 02123

Civil Action No. 1:26-CV-14817

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Attorney's Office for the District of Massachusetts, Attn: U.S. Attorney Leah B Foley, John Joseph Moakley United States Federal Courthouse

was received by me on *(date)* 10/30/2026 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Claire , Court Clerk 1 Courthouse Way #9200, Boston, MA 02210 , who is designated by law to accept service of process on behalf of *(name of organization)* U.S. Attorney's Office for the District of Massachusetts, Attn: U.S. Attorney Leah B Foley, John Joseph Moakley United States Federal on *(date)* 10/30/2026 12:25 PM ; or

I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: 10/30/2026

Cynthia Paris

*Server's signature*

Cynthia Paris, Process Server

*Printed name and title*

90415

PO Box 230261, Boston, MA 02123

*Server's address*

Additional information regarding attempted service, etc:

Claire Gender: Female Race/Skin: Caucasian Age: 25 yrs. old Weight: 125 lb Height: 5'4" Hair: Brown
Glasses: Other:

Documents Served: Plaintiffs' Motion to Provide Remote Public Access for Hearing on November 3, 2026

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

RECEIVED
U.S. ATTORNEY
OCT 30 2026

PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS, *et al.*,

*Plaintiffs*,

v.

JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services, *et al.*,

*Defendants*.

Case No. 1:26-cv-14817-MJJ

**PLAINTIFFS' MOTION TO PROVIDE REMOTE PUBLIC ACCESS FOR HEARING ON NOVEMBER 3, 2026**

Plaintiffs respectfully request that this Court authorize a public access line (or virtual meeting link) for the upcoming November 3, 2026, hearing on Plaintiffs' motion for preliminary relief. *See* Doc. No. 26. As Plaintiffs have alleged in their complaint, Doc. No. 1, and in their briefing in support of their Motion for a Stay of Agency Action, Doc. No. 5, this case involves important issues of urgent concern to potentially hundreds of thousands of resettled refugees across the United States. In addition, Plaintiffs and counsel, several of whom cannot attend the hearing in person, have an interest in observing the hearing. Plaintiffs' counsel contacted counsel for Defendants regarding this request but were unable to obtain their position.

Plaintiffs Partnership for the Advancement of New Americans, Jewish Family Service of Western Massachusetts, International Institute of New England, African Communities Together, HIAS, and Refugee Council USA are non-profit organizations that employ and/or count as members many individuals located across the country with a profound interest in the legality of the rules challenged in this litigation. Similarly, several named Plaintiffs cannot attend the November 3 hearing in person. Three individual Plaintiffs reside in other states, and all individual