# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

**Partnership for the Advancement of New Americans, et al.**
**Plaintiff**

**vs**

**Joseph B. Edlow, et al.**
**Defendant**

**Case Number: 1:26-CV-14817**

## AFFIDAVIT OF MAILING SERVICE

I, Laura Creekmore, the undersigned, and does hereby swear and affirm that affiant is a Private Process Server and disinterested Person over the age of eighteen. Affiant is not a party in this matter and has a business address of 18403 Woodfield Road, Suite A Gaithersburg, MD 20879.

I, Laura Creekmore, certify that on 10/30/2026, I mailed by Priority 2 Day Return Receipt Certified a copy of the within **Plaintiffs' Motion to Provide Remote Public Access for Hearing on November 3, 2026** upon the within named **U.S. Attorney's Office for the District of Massachusetts, Attn: U. S. Attorney Leah B Foley, John Joseph Moakley United States Federal Courthouse**, in the following manner,

**(XX) MAILING SERVICE:** By placing a true copy of each document in the United States mail, in a sealed envelope by Priority Mail 2-Day with Certified Mail #9402836208551275322332 with Return Receipt . The sealed envelope was signed for on **11/02/2026 .** (Exhibit A)

Addressed As Follows: **U.S. Attorney's Office for the District of Massachusetts, Attn: U.S. Attorney Leah B Foley, John Joseph Moakley United States Federal Courthouse, 1 Courthouse Way #9200, Boston, MA 02210**

I, Laura Creekmore, certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

11/3/26
*Date*

90416

**Laura Creekmore**
P.O. Box 18647
Washington, DC 20036
202-296-0222

Civil Action No. 1:26-CV-14817

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* U.S. Attorney's Office for the District of Massachusetts, Attn: U.S. Attorney Leah B Foley, John Joseph Moakley United States Federal Courthouse

was received by me on *(date)* 10/30/2026 .

☐ I personally served the summons on the individual at *(place)* ______________________ on *(date)* __________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* __________ , __________ , a person of suitable age and discretion who resides there, on *(date)* __________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* __________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ on *(date)* __________ ; or

I returned the summons unexecuted because ______________________ ; or

☑ Other *(specify)*: **Mailed by Certified Mail 9402836208551275322332 to 1 Courthouse Way #9200, Boston, MA 02210 on 10/30/2026. Service was signed for on 11/02/2026. (See Exhibit A)**

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: 11/2/2026

[signature]

*Server's signature*

Laura Creekmore, Process Server

*Printed name and title*

90416

P.O. Box 18647, Washington, DC 20036

*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Plaintiffs' Motion to Provide Remote Public Access for Hearing on November 3, 2026

UNITED STATES POSTAL SERVICE®

November 03, 2026

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8362 0855 1275 3223 32**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | November 02, 2026, 11:47 am |
| **Location:** | BOSTON, MA 02210 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™<br>Return Receipt Electronic<br>Up to $100 insurance included |
| **Recipient Name:** | U.S. ATTORNEY LEAH B. FOLEY |

## Recipient Signature

**Signature of Recipient:**

**Address of Recipient:**

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

U.S. Attorney Leah B. Foley
U.S. Atty's Office for Dist. of Mass.
John Joseph Moakley US Fed. Courthouse
1 Courthouse Way, #9200
Boston, MA 02210
Reference #: 90416
Item ID: 90416

EXHIBIT A