# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

**Partnership for the Advancement of New Americans, et al.**
**Plaintiff**

vs

**Joseph B. Edlow, et al.**
**Defendant**

**Case Number: 1:26-CV-14817**

## AFFIDAVIT OF MAILING SERVICE

I, Jane Panjehshahi, the undersigned, and does hereby swear and affirm that affiant is a Private Process Server and disinterested Person over the age of eighteen. Affiant is not a party in this matter and has a business address of 18403 Woodfield Road, Suite A Gaithersburg, MD 20879.

I, Jane Panjehshahi, certify that on 11/03/2026, I mailed by Priority 2 Day Return Receipt Certified a copy of the within **Plaintiffs' Motion to Provide Remote Public Access for Hearing on November 3, 2026** upon the within named **Office of Immigration Litigation, Civil Division, U.S. Department of Justice, Liberty Square Building**, in the following manner,

**(XX) MAILING SERVICE:** By placing a true copy of each document in the United States mail, in a sealed envelope by Priority Mail 2-Day with Certified Mail #9402836208551275323964 with Return Receipt . The sealed envelope was signed for on **11/10/2026 .** (Exhibit A)

Addressed As Follows: **Office of Immigration Litigation, Civil Division, U.S. Department of Justice, Liberty Square Building, 450 5th Street, N.W., Room LL111B (Mail Intake Room), Washington, DC 20001**

I, Jane Panjehshahi, certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

11/10/26
*Date*

90509

*[signature]*
**Jane Panjehshahi**
P.O. Box 18647
Washington, DC 20036
202-296-0222

Civil Action No. 1:26-CV-14817

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Office of Immigration Litigation, Civil Division, U.S. Department of Justice, Liberty Square Building

was received by me on *(date)* 11/2/2026 .

☐ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* __________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

______________ , ______________ , a person of suitable age and discretion who resides there,

on *(date)* __________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________ , who is designated by law to accept service of process on behalf of *(name of organization)*

______________________ on *(date)* __________ ; or

I returned the summons unexecuted because ______________________ ; or

☒ Other *(specify)*: **Mailed by Certified Mail 9402836208551275323964 to 450 5th Street, N.W., Room LL111B (Mail Intake Room), Washington, DC 20001 on 11/03/2026. Service was signed for on 11/10/2026. (See Exhibit A)**

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________ .

I declare under penalty of perjury that this information is true.

Date: 11/10/2026

*Server's signature*

90509

Jane Panjehshahi, Process Server

*Printed name and title*

P.O. Box 18647, Washington, DC 20036

*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Plaintiffs' Motion to Provide Remote Public Access for Hearing on November 3, 2026

UNITED STATES POSTAL SERVICE®

November 10, 2026

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8362 0855 1275 3239 64**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | November 10, 2026, 04:39 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™<br>Return Receipt Electronic<br>Up to $100 insurance included |
| **Recipient Name:** | OFFICE OF IMMIGRATION LITIGATION, CIVIL DIV |

## Recipient Signature

**Signature of Recipient:**

**Address of Recipient:**

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

EXHIBIT A

Office of Immigration Litigation, Civil Div
US Depart. of Justice Liberty Square Bld.
450 5th Street NW, Room LL 111B
Washington, DC 20001
Reference #: 90509
Item ID: 90509